



**PROVIDENCE (click here)**           **BROCKTON (click here)**



Please Click on one of our World Famous Locations above to see exciting updates and coming attractions.

Thank you for chosing the leader in Adult Entertainment!

You Must be 21 yrs old to enter this site

