# EXHIBIT 4

# In The Matter Of:

*Dustin Erwin v.*
*Christopher McDermott, et al.*

---

*John Ferraro*
*August 21, 2012*

---

*195 State Street • Boston, MA 02109*
*Nationwide - Worldwide*
*888.825.3376 - 617.399.0130*
*www.court-reporting.com*



O'BRIEN&LEVINE
Court Reporting Services
*Making Your Case*

Original File John Ferraro 8-21-12.txt
Min-U-Script® with Word Index

**Page 1**

```
1          UNITED STATES DISTRICT COURT
2        FOR THE DISTRICT OF MASSACHUSETTS
3   C.A. No. 1:11 CV 11328
4   - - - - - - - - - - - - - - - - - - - -
5   DUSTIN ERWIN,
6                Plaintiff,
7      v.
8   CHRISTOPHER McDERMOTT, DARVIN ANDERSON,
9   THE CITY OF BROCKTON and FRANK'S OF BROCKTON,
10  INC.,
11               Defendants.
12  - - - - - - - - - - - - - - - - - - - -
13     RULE 30(b)(6) DEPOSITION OF FRANK'S OF
14  BROCKTON, INC., GIVEN BY JOHN FERRARO, DESIGNEE,
15  a witness called by and on behalf of the
16  Plaintiff, taken pursuant to Federal Rules of
17  Civil Procedure, before Daria L. Romano, RPR,
18  CRR and Notary Public in and for the
19  Commonwealth of Massachusetts, at Sinsheimer &
20  Associates, 92 State Street, Boston,
21  Massachusetts, on Tuesday, August 21, 2012,
22  commencing at 10:13 a.m. to 11:26 a.m.
23
24
```

**Page 2**

```
1   A P P E A R A N C E S:
2       SINSHEIMER & ASSOCIATES
3       (by Robert S. Sinsheimer, Esq.)
4       92 State Street
5       Boston, Massachusetts 02109
6       (617) 722-9950
7       for the Plaintiff.
8
9       DAVID BERMAN, ESQ.
10      100 George P. Hassett Drive
11      Medford, Massachusetts 02155
12      (781) 395-7520
13      davidberman2@verizon.net
14      for Frank's of Brockton, Inc.
15
16      LOUISON, COSTELLO, CONDON & PFAFF, LLP
17      (by Stephen C. Pfaff, Esq.)
18      101 Summer Street
19      Boston, Massachusetts 02110
20      (617) 439-0305
21      spfaff@lccplaw.com
22      for the City of Brockton,
23      Christopher McDermott and
24      Darvin Anderson
```

**Page 3**

```
1              I N D E X
2   Deposition of:            Page
3   JOHN FERRARO
4   By Mr. Sinsheimer          4, 76
5   By Mr. Phaff               67
6
7
8            E X H I B I T S
9   No.                            Page
10  1   Notice of taking deposition per
11      Rule 30(b)(6)                  10
12  2   Floor hosts daily work schedule
13      barbacks daily work schedule   19
14  3   Servers daily work schedule
15      hostess daily work schedule    19
16  4   Bartender weekly work schedule  19
17  5   Rub-girls daily work schedule   19
18
19
20
21  *Original exhibits retained by Mr. Sinsheimer
22
23
24
```

**Page 4**

```
1      P R O C E E D I N G S
2
3      JOHN FERRARO
4
5   a witness called for examination by counsel for
6   the Plaintiff, being first duly sworn, was
7   examined and testified as follows:
8
9      DIRECT EXAMINATION
10     BY MR. SINSHEIMER:
11  Q.  State your full name, please.
12  A.  John Michael Ferraro.
13  Q.  Would you spell it for the record,
14  please.
15  A.  Last name F-E-R-R-A-R-O, first name
16   John, J-O-H-N.
17  Q.  Give me your date of birth, please?
18  A.  February 4, 1965.
19  Q.  That makes you 47?
20  A.  47.
21  Q.  Social Security number?
22  A.  XXX-XX-7014.
23  Q.  I'm going to ask --
24      MR. BERMAN:  Please put in only the
```

Page 5

1    last four digits and blank out the rest.
2        BY MR. SINSHEIMER:
3    Q.  I'm going to ask you a question.
4    Don't answer until you consult with your
5    counsel.
6        I want to know either your home
7    address or whether you allow Mr. Berman to
8    accept service throughout this case, whether or
9    not you're remaining -- well, you're not a
10   party -- at any time whether you allow
11   Mr. Berman to accept service?
12       MR. BERMAN: As long as I am
13   counsel for defendant Frank's of Brockton, I
14   shall accept service on behalf of Mr. Ferraro if
15   there's any need to serve him, as long as he's
16   employed by Frank's of Brockton.
17       BY MR. SINSHEIMER:
18   Q.  Let me just get your home address,
19   please.
20   A.  208 Tamarack, T-A-M-A-R-A-C-K, Lane,
21   Abington, Mass.
22   Q.  Any plans to move in the near future?
23   A.  No.
24   Q.  Listen to how I phrase this in respect

Page 6

1    of the attorney-client privilege.
2        Other than speaking to Mr. Berman or
3    anyone in his office, did you do anything to
4    prepare for today's testimony?
5    A.  No.
6    Q.  Did you read anything?
7    A.  I read Frank Caswell's deposition
8    about a month ago.
9    Q.  And that was given to you by
10   presumably your counsel?
11   A.  By Frank.
12   Q.  By Frank personally?
13   A.  Mm-hmm.
14   Q.  Did you read anything else?
15   A.  No.
16   Q.  And that was, you say, three or four
17   weeks ago?
18   A.  Three or four weeks ago, yes.
19   Q.  As you read it, did something stand
20   out as inaccurate in any way?
21   A.  Not that I remember.  There were a few
22   things that may have not been totally right on,
23   but it was pretty close.
24   Q.  Well, as you sit here today, tell me,

Page 7

1    and I know you have nothing in front of you so
2    it's not a memory quiz, it's just a sense of
3    where your thinking is, is there anything at all
4    that you can recall that you -- strike it.
5        As you sit here today without anything
6    in front of you, is there anything that you read
7    in Mr. Caswell's deposition that you recall
8    differently?
9    A.  The one thing I remember is that he
10   said that the officer asked Mr. Erwin 10 times
11   or something like that to leave, and it wasn't
12   quite that many times.
13   Q.  Your memory is that Mr. Erwin left
14   without having been asked that many times?
15   A.  Not 10.  It was more like five or six.
16   Q.  Okay.  We'll come back to that.
17       I'm going to ask you a few background
18   questions.
19       Have you ever been deposed before?
20   A.  No.
21   Q.  Give us a summary of your formal
22   education, dates and times starting with high
23   school.
24   A.  High school, '79 to '83, Norwell High

Page 8

1    School in Norwell, Mass.
2    Q.  Okay.
3    A.  College, four years, Westfield State
4    College, graduated in '87, from '83 to '87.
5    Q.  Any post graduate?
6    A.  No, that was it.
7    Q.  Starting with your current job, what
8    do you do for a living?
9    A.  I am general manager of the Foxy Lady
10   in Brockton, Frank's of Brockton, Inc.
11   Q.  So your employer technically is
12   Frank's of Brockton, Inc.?
13   A.  Yes, d/b/a Foxy Lady.
14   Q.  Is that on your paycheck?
15   A.  Yes.
16   Q.  How long have you had that job?
17   A.  13 years.
18   Q.  That takes us back to roughly --
19   A.  '99.
20   Q.  And what did you do prior to that?
21   A.  Restaurants.  I worked for Papa Gino's
22   from '80 to '92.  Then I worked for Pizzeria Uno
23   approximately '93 to '95.  Then I was general
24   manager of Fudruckers in Downtown Boston from

**Page 9**

1 approximately '95 to the beginning of '99.
2 Q.  So I have four different jobs:  Papa
3 Gino's, Pizzeria Uno, Fudruckers and then this
4 one?
5 A.  Correct.
6 Q.  Were you ever terminated from a job?
7 A.  No.
8 Q.  Did you have any major discipline at
9 any job?
10 A.  Never.
11 Q.  Have you ever served in United States
12 military?
13 A.  No.
14 Q.  You can talk to your lawyer about this
15 if you want before you answer.
16    Have you ever been arrested?
17 A.  No.
18 Q.  Do you have any criminal record of any
19 kind?
20 A.  No.
21 Q.  So you understand that you're here
22 because of an incident that occurred at the Foxy
23 Lady in Brockton regarding my client, Dustin
24 Erwin?

**Page 10**

1 A.  Yes.
2 Q.  Do you understand that you are a
3 30(b)(6) witness?
4    MR. BERMAN: I don't know if you
5 understand that or not.
6    MR. SINSHEIMER: I'm going to mark
7 this as Exhibit 1, please.
8    (Exhibit 1 marked
9    for identification)
10    BY MR. SINSHEIMER:
11 Q.  I'm going to show you a copy of a
12 document and ask you, have you ever seen this
13 before?
14 A.  No.
15 Q.  All right.  Here's what we're going to
16 do.  A 30(b)(6) deposition requires the deponent
17 to testify on behalf of an entity.
18    Do you understand that concept?
19 A.  Mm-hmm.
20 Q.  So you would be testifying as a
21 witness that is speaking for the entity Frank's
22 of Brockton, Inc.
23    Do you understand that concept?
24 A.  Yes.

**Page 11**

1 Q.  Now, in order to have a 30(b)(6)
2 witness, the lawyer that asked for it, in this
3 case me, has to provide a list of topics in
4 advance so you know what they are.
5    I'm going to ask you to turn to the
6 third page of Exhibit A, and you can see there's
7 an extensive list of topics.
8 A.  Okay.
9 Q.  And quite frankly, that's just lawyers
10 lawyering.  What I'd like you to do, though,
11 and -- you haven't seen this before I think you
12 told me?
13 A.  No, I have not.
14 Q.  Just go down it and tell me if there's
15 any topic in here that you can't testify to, and
16 then we'll go forward from there.  You can just
17 do it by number if you want.
18 A.  Okay.
19    (Pause)
20 A.  Number 16, what is the plaintiff's
21 Rule 26?  What is that?
22 Q.  Well --
23    MR. BERMAN: If you don't know, you
24 can't testify to it.

**Page 12**

1    THE WITNESS: I just don't know
2 what it means.
3    BY MR. SINSHEIMER:
4 Q.  Okay.  That's a fair answer.
5 A.  Okay.
6 Q.  I could tell you, maybe we'll do that
7 off the record, but the general rule at a
8 deposition is I ask the questions, and you
9 answer them.  I don't mean to be rude, but I'm
10 not here to answer questions.  Your lawyer can
11 answer your questions.
12 A.  Okay.
13 Q.  It's not my place to answer your
14 questions.  But I won't ask you any questions
15 related to number 16.
16    That's the one that sort of stands out
17 because there's terminology in there with which
18 you are unfamiliar, correct?
19 A.  Yes.
20 Q.  Now, take away the Schedule A and let
21 me ask you sort of in more layperson's terms.
22    Are you the point person at Frank's of
23 Brockton that's designated to deal with this
24 litigation?

Page 13

1  A.  Yes.
2  Q.  And apart from having been there on
3  the night in question -- excuse me.  Were you
4  there on the night in question?
5  A.  Yes.
6  Q.  Apart from that, have you done
7  anything to investigate any of the allegations
8  or any of the background information?
9  A.  No.
10  Q.  So you would be testifying
11  simultaneously from your own observations and on
12  behalf of the company, correct?
13  A.  Yes.
14  Q.  And do you consent to testify on
15  behalf of the entity?
16  A.  Yes.
17  Q.  You've had a chance to --
18      MR. BERMAN: There's something this
19  witness has said that I find a little troubling,
20  I'm sure it's an innocent enough statement, that
21  he is the point person to testify on behalf of
22  Frank's of Brockton.
23      The point person for most of the
24  subjects, and this has been made clear in E

Page 14

1  mails between counsel, is Mr. Caswell.
2      This witness, however, has knowledge
3  superior to Mr. Caswell because of his firsthand
4  knowledge about item 10; namely, those things
5  referring to Christopher McDermott.
6      Mr. Caswell would have no independent
7  knowledge of that.  He made it clear that he
8  wasn't present when the events occurred and this
9  witness was present.
10      And this has all been clarified in
11  exchange of E mails.  I want to put that on the
12  record.
13      MR. SINSHEIMER: Sure.
14  Mr. McDermott is actually Schedule A, number
15  five.  Number 10 has to do with the K-9 unit.
16      MR. BERMAN: I'm sorry.  10, "Any
17  and all information in Frank's custody related
18  to or concerning Christopher McDermott."
19      MR. SINSHEIMER: We're looking at a
20  different document.  Okay.  Thank you.  I'm glad
21  you cleared that up.
22      BY MR. SINSHEIMER:
23  Q.  You certainly have some information
24  about the night in question from your personal

Page 15

1  observations?
2  A.  I believe so, yes.
3  Q.  Okay.  What time did you get to work
4  that night?
5  A.  6:45, approximately, which is usually
6  when I come in.
7  Q.  And what were you doing?
8  A.  That night?
9  Q.  Yes.
10  A.  I was the general manager in charge of
11  the shift.
12  Q.  What does that mean in terms of actual
13  onsite presence and function?
14  A.  Just making sure the shifts run
15  smoothly.  I do all the cashing in for the
16  night, make sure all the employees show up for
17  work on time and are doing their designated
18  jobs.
19  Q.  How many employees were there that
20  particular night?
21  A.  Was it a Friday night?
22      MR. BERMAN: Friday night into
23  Saturday morning.
24  A.  Okay.  Probably around 30.

Page 16

1  Q.  Let me show you this document.
2      Do you recognize that?
3  A.  Yes.
4  Q.  What is it?
5  A.  That's one of our schedules.  It's
6  changed since, but that's what it looked like at
7  the time.
8  Q.  Does this mean, if I were to read
9  this, that on Friday, August 10th, someone named
10  Jason Buttimer, that that person was working
11  from five o'clock to closing on Friday the 10th?
12  A.  Correct.
13  Q.  And what is RO?  The next one is a guy
14  named John Byron.
15  A.  Request office.
16  Q.  Fair enough.
17      And then the other two at the top
18  there are 6:30 to closing?
19  A.  Yes.
20  Q.  And then if we go to barbacks.
21      What does PM floor host mean?
22  A.  He is a floor host for the evening.
23  Q.  So, in other words, even though he --
24  A.  He has several jobs that he does.

---

**Page 17**

1  That's under the barback schedule. That's to
2  make sure he looks at the floor host schedule.
3 Q. I see. He's also up there?
4 A. Correct.
5 Q. Same guy?
6 A. Yes.
7 Q. All right. There's less people
8  because there's overlap. In other words -- got
9  it.
10 A. Whatever the hours are, those people
11  were scheduled if they actually have hours next
12  to their name.
13 Q. What I meant is if I'm looking at
14  the -- if I was trying to count all the people
15  there that night, I wouldn't want to count
16  Carlton and Gagnon twice?
17 A. No.
18 Q. They were not barbacks that night,
19  they were floor hosts?
20 A. Correct.
21 Q. So there were three barbacks, Door,
22  Jassett and Milton?
23 A. Two barbacks at night. That other one
24  is during the day, the day shift.

**Page 18**

1 Q. Got it. He is gone by 6:30?
2 A. Yes.
3 Q. And that's self-explanatory.
4  Okay. Just put it on the record. It
5  may seem self-explanatory to you, put on the
6  record what a floor host is and what a barback
7  is.
8 A. Barback takes care of the stocking the
9  bar, anything the bartender needs during their
10  shift. They take care of other things, like
11  they clean the bathroom, any spills or anything
12  like that, they take care of any of that stuff.
13 Q. Low persons on the totem pole, pretty
14  much?
15 A. Yeah, I would say so.
16 Q. Okay.
17 A. The floor host takes IDs, they just
18  monitor the club to make sure there's no
19  problems. And if anybody has any questions
20  about seating or any such questions, they'll
21  answer that for them.
22 Q. And there were these four floor hosts
23  there that night?
24 A. Three.

---

**Page 19**

1 Q. Three, sorry. One of them requested
2  off?
3 A. Mm-hmm.
4  MR. SINSHEIMER: Mark that as
5  Exhibit 2, please.
6  (Exhibit 2 marked
7  for identification)
8  MR. SINSHEIMER: And mark this as
9  Exhibit 3.
10  (Exhibit 3 marked
11  for identification)
12  MR. SINSHEIMER: Exhibit 4, please.
13  (Exhibit 4 marked
14  for identification)
15  MR. SINSHEIMER: Exhibit 5, please.
16  (Exhibit 5 marked
17  for identification)
18  BY MR. SINSHEIMER:
19 Q. So I gather then, to save time, that
20  these numbers in all of these Exhibits 3, 4 and
21  5, they mean the same things in all of them?
22 A. Yes.
23 Q. All right. So would you just continue
24  with the definitions, go right through Exhibits

**Page 20**

1  3, 4 and 5 and tell me what's a server, what's a
2  hostess and what's a bartender and what's a
3  rub-girl?
4 A. Sure. A server is a waitress, another
5  word for waitress.
6  Hostess is the front door girl who is
7  at the register collecting entrance fees.
8 Q. I see.
9  So if we look on this particular
10  night, August 10th, it's the same, Nicole Avery,
11  although she's hired as a hostess, she is
12  working as a server?
13 A. Nicole Avery, she actually worked the
14  day shift that day.
15 Q. All right. It says a.m. server clear
16  as day.
17 A. Right.
18 Q. A.m. means a.m., p.m. clock?
19 A. Right.
20 Q. Got it.
21 A. The shifts run 11:30 to 6 for the day
22  shift and 6 to close or 6:30 to close for the
23  night shift for those particular employees.
24 Q. The night shifts there must be more

---

**Page 21**

1  lucrative for receiving pay pretty much?
2  A.  Yes.
3  Q.  And mixes and matches, is that how it
4  works?
5  A.  Mix and match?
6  Q.  They have some of each?
7  A.  Yes.  It depends on their
8  availability.  Every employee has different
9  availabilities.
10  Q.  Sure.
11      Is seniority a factor at all?
12  A.  Not really.
13  Q.  Hostess, explain that role for me.
14  A.  Again, they sit at the front door.
15  They just greet the customer when they come in
16  the door, collect their admission fee.
17  Basically that's it.
18      They certainly look to make sure that
19  the customer looks like the person in the ID if
20  they took the ID.
21      Sometimes if the floor host goes in
22  the club to go to the bathroom or something,
23  they'll take IDs for a few minutes.
24  Q.  Trade off?

**Page 22**

1  A.  Yes.
2  Q.  Number four, at the same time can I
3  assume that bartender means what it generically
4  means in the public domain?
5  A.  Yes.
6  Q.  Okay.  And number five, rub-girl,
7  you're going to have to explain that to me.
8  A.  We have girls that go around and give
9  back rubs --
10  Q.  Okay.
11  A.  -- to customers.
12  Q.  What about the dancers, I don't see
13  them on here at all?
14  A.  They aren't listed here, and that's
15  why I said there were probably 30 people working
16  that night.  It's actually probably closer to 35
17  now that I look at this schedule.
18  Q.  Okay.
19  A.  The entertainer schedule is not here.
20  Q.  Okay.  Is that managed by someone
21  other than the general manager?  Is that like a
22  completely separate deal?
23  A.  I manage them.  They do have a house
24  mom which is down in the dressing room with the

**Page 23**

1  girls just to make sure they're aware of their
2  stage sets coming up and things like that.
3  They'll help them out with anything they need.
4  Q.  A house mom?
5  A.  That's what it's called, yeah.
6  Q.  And the house mom, does she report to
7  you?
8  A.  Yes.
9  Q.  Is there an intentional segregation
10  between the entertainers and what might be
11  described as the more routine restaurant/bar
12  kind of staff?
13  A.  Not really.
14  Q.  Prior to your seeing or becoming
15  involved in any way with Dustin Erwin, would it
16  be fair to say that it was a routine Saturday
17  night at the Foxy Lady -- Friday night, excuse
18  me, on August 10th?
19  A.  Yes.
20  Q.  At some point you became aware of the
21  presence of a person named Dustin Erwin?
22  A.  Well, I didn't know his name.
23  Q.  You didn't know his name at the time?
24  A.  I didn't know his name until about a

**Page 24**

1  year ago.
2  Q.  Fair enough.
3      But just to save time, there was an
4  incident that resulted in a court date, right?
5  A.  Yes.
6  Q.  And the incident involved a person
7  named Dustin Erwin?
8  A.  Yes.
9  Q.  You didn't know his name until well
10  after the incident is what you're testifying to?
11  A.  Correct.
12  Q.  But you remember the incident?
13  A.  Yes.
14  Q.  You remember what he looked like?
15  A.  No.
16  Q.  You don't remember what he looked like
17  at all?
18  A.  Not now, no.
19  Q.  When's the first time you saw
20  ·Mr. Erwin at all that evening?
21  A.  I saw him after several complaints
22  from employees, and they pointed him out to me.
23  Q.  Can you name the employees who
24  complained about him?

Page 25

1  A.  No, I can't.
2  Q.  Was it the same employee complaining,
3    or was it more than --
4  A.  Several.
5  Q.  Several different ones?
6  A.  Several.
7  Q.  What does several mean?  Can you give
8    me your best estimate?
9  A.  Four or five.
10  Q.  Would they be people that are on these
11    Exhibits 2, 3 and 4 --
12  A.  No.
13  Q.  -- and 5?
14  A.  No.
15  Q.  And why is that?
16  A.  They were entertainers that were
17    complaining about him.
18  Q.  You're sure about that?
19  A.  Positive.
20      MR. SINSHEIMER: I was going to
21    save you some trouble, Mr. Berman, but I think I
22    need the entertainer list as well.
23      MR. BERMAN: If we have one, I
24    don't see why not.

Page 26

1      THE WITNESS: I don't believe we
2    do.
3      BY MR. SINSHEIMER:
4  Q.  Maybe I asked this -- I'm trying to
5    get you out of here fast, I swear, and I think
6    you can tell it's sincere -- I asked you if they
7    were treated in some kind of different way.  Are
8    they scheduled differently?
9  A.  They have their own schedule.  It's on
10    a big sheet because there's so many people.
11      And what happened to that, I don't
12    know, but I do remember when we searched for
13    these, we found them, but we did not find -- it
14    was three years later --
15  Q.  No one's criticizing.  You can only
16    turn over what you have.  But I'm allowed to ask
17    questions why I don't have stuff that might have
18    been produced.
19      You were personally involved in the
20    document production?
21  A.  Yes.
22  Q.  Just yes or no, you received some
23    information from your counsel about what we were
24    looking for?

Page 27

1  A.  Yes.
2  Q.  And you personally got involved in
3    searching for items?
4  A.  Yes, Frank Caswell asked me to look
5    for it.
6  Q.  All right.  Fair enough.
7      Did he ever actually show you a piece
8    of paper that's referred to as a document
9    request?
10  A.  No.
11  Q.  What did he say?
12  A.  He asked me if I could try to find the
13    schedules from that particular date.  And I
14    found what I could, and I could not find the
15    entertainer schedule.
16  Q.  Where did you look?
17  A.  We have a drawer that we have a pile
18    of old schedules in it, and these were there,
19    and the entertainer schedule was not.
20  Q.  And what you did provide, Exhibits 2,
21    3 and 4 that's the universe, there wouldn't be
22    anybody else?
23  A.  That's it for these employees.
24  Q.  In other words, the functions, there's

Page 28

1    no other function other than the entertainers?
2  A.  No, those are them.
3  Q.  Do you remember the name of the house
4    mom who was there that night?
5  A.  I don't.
6  Q.  How long do the house moms tend to
7    stay employed?
8  A.  We've had pretty much the same ones
9    for a few years now.  Tammy has been there for a
10    long time, and it's possible she may have been
11    there that night, but I don't know.
12  Q.  Give me Tammy's full name?
13  A.  Tamara Arruda.
14  Q.  And how long has she been a house mom?
15  A.  10 years.
16  Q.  How many house moms are generally
17    there on a Friday or Saturday night?
18  A.  Just one.
19  Q.  So it's quite possible it was Tammy
20    Arruda?
21  A.  She may have been.
22  Q.  You are not committing to it, but you
23    agree with me it's quite likely?
24  A.  Possible.

**Page 29**

1 Q. Fair enough.
2 How many different ones are there?
3 A. There's right now three or four, four.
4 Q. And how do they decide what shifts
5 they're working -- strike it.
6 Who decides what shifts they work?
7 A. They work it out between themselves.
8 That's one thing that we don't do is schedule
9 for them. They work it out amongst themselves.
10 Q. So you could come on a given night and
11 not know who the house mom is going to be?
12 A. It's never happened where there wasn't
13 one, so they work it out.
14 Q. No, I meant -- but you wouldn't know
15 which one?
16 A. I'm pretty aware usually of who will
17 be there. I see them at the beginning of the
18 week, and I ask who will be there for the week,
19 and they tell me.
20 Q. How do they get paid?
21 A. They get paid --
22 MR. PHAFF: Is this the house moms?
23 MR. SINSHEIMER: Yes.
24 A. By check.

**Page 30**

1 Q. But I meant hourly?
2 A. Hourly.
3 Q. So they keep track of their own hours?
4 A. Yes.
5 Q. Punch a clock?
6 A. They don't, no.
7 Q. They come and go, and they're sort of
8 on the honor system, for lack of a better
9 phrase?
10 A. Pretty much. I mean, I know what
11 nights they're there, and they get paid for --
12 their shift goes from 6 approximately until 2
13 p.m. on a weekend, 6 to 1 on a weeknight, and I
14 pay them for those hours.
15 MR. BERMAN: You just said 6 p.m.
16 to 2 p.m. --
17 THE WITNESS: I meant 6 p.m. to 2
18 a.m., sorry, on the weekend.
19 BY MR. SINSHEIMER:
20 Q. And you have no recollection of who
21 the house mom was on August 10th?
22 A. No.
23 Q. And if I understood you correctly, but
24 . I want to be careful about this because I'm not

**Page 31**

1 trying to put words in your mouth, you have no
2 recollection of the name of any individual that
3 actually complained about Dustin Erwin?
4 A. No.
5 Q. I am correct, in other words?
6 A. You are correct.
7 Q. But your recollection is that each
8 person who complained was an entertainer as
9 opposed to floor staff?
10 A. Yes.
11 Q. Do you remember the nature of any
12 complaints?
13 A. Yes.
14 Q. What were the complaints?
15 A. He was standing near the foxy stage.
16 We have two stages on the main floor. One is
17 the main stage, one is the foxy stage. The foxy
18 stage is located close to the bar.
19 And there were entertainers that were
20 getting off stage and complaining to me that he
21 was yelling words such as fucking slut, fucking
22 whore and also throwing hard coins at them while
23 they were onstage.
24 Q. So he was pointed out to you?

**Page 32**

1 A. Yes.
2 Q. Were you able to observe any of his
3 friends?
4 A. I knew he had friends there. There
5 were a lot of people around the stage, and I
6 knew he was talking to several people, but I
7 couldn't exactly say who his friends were and
8 who were just regular patrons of the club.
9 Q. Would you agree with me that the Foxy
10 Lady generates some patronage as a result of
11 bachelor parties?
12 A. I'm sorry, one more time?
13 Q. I'll withdraw it and rephrase it.
14 It's not uncommon for there to be
15 bachelor parties at the Foxy Lady?
16 A. That is not uncommon.
17 Q. In fact, that would be an area of
18 business that you would like to enhance or
19 preserve?
20 A. Not necessarily.
21 Q. It's good business, let's put it that
22 way, a big group comes in together?
23 A. Yeah, it can be.
24 Q. Is there any way of knowing how many

**Page 33**

1  individuals were in a given group when there's a
2  bachelor party?
3  A.  No.
4  Q.  Do you know as you sit here today one
5  way or the other whether Mr. Erwin was part of a
6  bachelor party?
7  A.  I knew he had a group.  Whether or not
8  it was a bachelor party, I wouldn't know that.
9  Q.  You don't know that one way or the
10  other?
11  A.  No.
12  Q.  You don't recall any of the people
13  that he was with as you sit here?
14  A.  No.
15  Q.  In fact, you say you don't recall his
16  physical appearance either, if I understood you
17  correctly?
18  A.  No.  It's just too far when I found
19  out about this.
20  Q.  I am correct you do not recall his
21  appearance?
22  A.  No, I do not.
23  Q.  I'm trying to avoid the double
24  negative.  It's as simple as that.

**Page 34**

1      You don't recall?
2  A.  I don't recall.
3  Q.  I don't mean to beat it to death.
4      What is the first action, if any, that
5  you personally took with respect to these
6  complaints?
7  A.  I approached, I guess it was
8  Mr. Erwin.  He was pointed out to meet by the
9  employees, and I made him aware of the
10  complaints and I told him, you know, if I got
11  anymore of those complaints, he may be asked to
12  leave the club.
13  Q.  What did he say?
14  A.  He just kind of turned away from me.
15  He didn't really acknowledge it.
16  Q.  Did anybody else in his party say
17  anything to you?
18  A.  No, not at that time, no.
19  Q.  What happened next, if anything?
20  A.  I went back -- I was kind of keeping
21  an eye on him.  I was standing at the front
22  door.  I did observe him throw a few more coins,
23  and I could hear him yelling things at the girls
24  onstage.  There were a few more girls that got

**Page 35**

1  off stage and said he was previously abusing
2  them verbally as well, and I witnessed it
3  myself.
4      I approached him again and told him
5  again, I'm not going to tell you again, you will
6  be asked to leave if this behavior keeps up.  We
7  just can't have it.
8      He continued to do it because -- I was
9  back out in the lobby.  The next girl got off
10  stage, came back to me and complained, and at
11  that point --
12  Q.  Do you know her name?
13  A.  I don't.
14  Q.  Can you actually tell me the whole
15  conversation between you and her?
16  A.  Again, same thing, he's calling us --
17  calling all the girls names that are onstage
18  and, again, whore, sluts was the predominant
19  thing that people were saying.
20  Q.  What's the next thing that happened?
21  A.  At that point after that complaint I
22  approached Mr. Erwin and told him it was time to
23  go.
24  Q.  You personally?

**Page 36**

1  A.  Yes.
2  Q.  Tell me everything you can recall
3  about that encounter, please.
4  A.  I went up to him, asked him to leave,
5  and he peacefully left.  I didn't think there
6  would be any problems.  He walked right out.
7      His friends, which was kind of weird,
8  knew he was leaving.  And usually if we ask
9  someone to leave, their friends accompany them.
10  It struck me as odd because they just let him
11  go.  They didn't really care.
12      MR. SINSHEIMER: It just occurred
13  to me, Mr. Berman, that we didn't put routine
14  stipulations on because I'm trying to do you the
15  courtesy of going so fast.  Do you agree we have
16  them non pro tunc?
17      MR. BERMAN: Yes.
18      MR. SINSHEIMER: Okay.  So I'm
19  moving to strike they didn't care because he
20  doesn't know whether they care or not, but we'll
21  save that for another time.
22      MR. BERMAN: How right you are.  I
23  join in your motion.
24      MR. SINSHEIMER: Routine objections

Page 37

1  save, he doesn't need a notary.
2      MR. BERMAN: No, he doesn't need
3  the notary. He can sign under the penalties of
4  perjury when the transcript is ready.
5      BY MR. SINSHEIMER:
6  Q.  This is all stuff we're supposed to do
7  but we forgot because we're trying to get you
8  out of here quickly.
9  A.  Okay.
10  Q.  Tell us the rest of the story.
11  A.  He left -- there's two entrances.
12  There's a front foyer and then there's the
13  little inside lobby with the register, and
14  that's where they take the IDs. He walked out
15  calmly, went outside.
16      I don't know exactly what caused him
17  to start acting the way he did, maybe it's
18  because his friends didn't go out there and
19  knowing he was going to be out there alone for a
20  little while, I don't know, but I'm out in the
21  front foyer near the doors, and Mr. McDermott
22  was standing next to me, and he began to give us
23  the finger with both hands and yelling fuck you.
24  Q.  Where was he when he gave you the

Page 38

1  finger?
2  A.  He was outside the front doors to the
3  left side. If you're facing going out the door,
4  to the left.
5  Q.  Okay.
6  A.  Mr. McDermott went outside, told him
7  to calm down.
8      MR. PHAFF: I'm sorry, is this the
9  foyer area?
10      THE WITNESS: Yes, the front foyer
11  when you first walk into the building.
12  A.  Mr. McDermott approached him, told him
13  he better stop, and he should leave the
14  property.
15      Mr. McDermott came back in. Next
16  thing you know, maybe a few minutes later he's
17  banging on the glass. I almost thought he was
18  going to break the glass. Again, fuck you, fuck
19  you.
20      Again, Mr. McDermott went outside, and
21  I heard Mr. Erwin say, What are you going to do,
22  tough guy? Come on, tough guy. What are you
23  going to do about it?
24      Mr. McDermott again told him he had

Page 39

1  better leave the property. There was a chance
2  he'd end up spending the night in jail.
3      Mr. McDermott came back in. At that
4  point I had gone into the club after I saw that
5  incident and told his friends, I walked over to
6  the group where he was sitting and I asked, Are
7  you guys with the person that got asked to
8  leave? And one of the people said yes.
9      And I said, If I were you, I'd go out
10  and try to talk some sense into your friend.
11  He's acting like a complete buffoon outside, and
12  there's a chance he might end up being arrested.
13      So I walked back out with him. He got
14  up and tried to talk some sense to him.
15  Mr. Erwin was not having it. He actually pushed
16  him aside. And I think his friend got upset and
17  went back in the.
18      So then we closed the door again
19  hoping he'd settle down. He did not. Customers
20  were coming in, he's yelling don't go in there,
21  this place fucking sucks. You could hear him
22  screaming it outside the door, and customers
23  were coming in telling us he was saying so as
24  well.

Page 40

1      At that point Mr. McDermott went
2  outside again, and he's like, That's it, I'm not
3  telling you anymore. He kind of walked with him
4  down the ramp asking him to get off the
5  property.
6  Q.  Did you actually see that?
7  A.  Yes, I did. I propped the door open,
8  and I could hear it, and I could see it.
9  Q.  Were you standing in the doorway?
10  A.  Yeah. Mr. McDermott was walking down
11  the ramp with him, and I was standing at the
12  door on the top of the ramp.
13  Q.  Okay.
14  A.  They proceeded to walk towards
15  Walgreens, down the ramp towards Walgreens. I
16  kind of walked maybe three quarters of the way
17  down the ramp.
18      At that point he's stilling at him,
19  Come on, fucking tough guy, what are you going
20  to do about it?
21      And Mr. McDermott put his hand out and
22  said, I'm telling you now, and Mr. Erwin smashed
23  his arm like really hard, and that's what set
24  off the -- Mr. McDermott wrestled him to the

---

**Page 41**

1 ground, and he was trying to cuff him, and he
2 wouldn't let him cuff him.
3     At that point they were kind of
4 rolling around on the ground, and I saw
5 Mr. McDermott yell into his radio. They have
6 some kind of code when they're in trouble, and
7 about four police cars came flying down the road
8 within minutes, and they were still rolling
9 around the ground.
10 Q. You saw all this personally?
11 A. Yes, I did. Yes, I did.
12 Q. Then what happened?
13 A. The police cars pulled up. I believe
14 one was a state police car, and I believe three
15 city cars pulled up.
16     And they screamed at me to go in the
17 building, which I turned around. And of course
18 I was still watching from the top of the ramp to
19 see what was happening, but this ended up
20 farther over towards Walgreens by the time they
21 got there.
22     At that point I saw them pull up, but
23 that was pretty much it for me, when they told
24 me to -- they really didn't want me there.

---

**Page 42**

1     MR. SINSHEIMER: Off the record.
2     (Discussion off the record)
3     BY MR. SINSHEIMER:
4 Q. You went back inside when you were
5 ordered to?
6 A. I was looking out the window, but I
7 didn't see much. There were a lot of police
8 officers there, and they were kind of blocking
9 my view.
10 Q. Did you see a dog?
11 A. I saw a dog get out of the car.
12 Q. Did you see anything else the dog did?
13 A. No, I didn't. I am aware of what
14 happened, but I didn't see it.
15 Q. What do you mean, you're aware of what
16 happened?
17 A. The dog supposedly bit Mr. Erwin.
18 Q. How do you know that?
19 A. Read it from the deposition.
20 Q. You know it from the lawsuit?
21 A. Right.
22 Q. You don't know it from anything you
23 observed that night?
24 A. No.

---

**Page 43**

1 Q. You don't know it from anything
2 anybody told you that particular night?
3 A. Yes, I was told -- after all the
4 reports were done and everything, I was made
5 aware, I don't remember by who, that there may
6 have been a dog that bit Mr. Erwin, the police
7 dog. And I believe I heard something about
8 pepper spray also.
9 Q. When you say -- just now you used the
10 phrase after all the reports were done --
11 A. I remember all the police officers
12 were walking around with notepads, and I believe
13 they took my name too.
14 Q. Did you write a report?
15 A. No, I did not.
16 Q. That wouldn't be part of your job?
17 A. No.
18 Q. No one asked you to?
19 A. No.
20 Q. Did they ever ask you to come down the
21 station and give any kind of statement?
22 A. No.
23 Q. As far as you know, did anybody at the
24 Foxy Lady write any kind of report?

---

**Page 44**

1 A. No.
2 Q. As far as you know, did anybody at the
3 Foxy Lady write any kind of statement at all
4 about the matter?
5 A. No.
6 Q. Do you know if anybody sent anybody
7 else an E mail about the matter?
8 A. No.
9 Q. Let me be clear about that. Is it
10 that you don't know or that your testimony is no
11 one did?
12 A. I don't know of that happening.
13 Q. Did you ever send somebody an E mail,
14 hey, guess what happened at the club tonight?
15 A. No.
16 Q. Even informal like that?
17 A. No.
18 Q. Do you have an E mail account at
19 the --
20 A. Yes.
21 Q. What is it?
22 A. FoxyBrockton@AOL.com.
23 Q. B-R-O-C-K-T-O-N?
24 A. Yes, all one word.

**Page 45**

1 Q. So that's the E mail account for the
2 business itself?
3 A. Yes. It's Frank's personal E mail.
4 We have a Web site, but it's not an E mail.
5 Q. If I wanted to E mail you today, apart
6 from the fact you might not take it --
7 A. Frank checks that. I don't even go
8 into it.
9 Q. Where would it go, this address that
10 you just gave me?
11 A. Frank checks it daily, several times.
12 I don't even get involved in it.
13 Q. Did you ever use it to send outgoing E
14 mails?
15 A. No.
16 Q. What about for scheduling?
17 A. Scheduling the employees, if they need
18 requests off, they leave me a note.
19 Q. A handwritten note?
20 A. Yes, a handwritten note.
21 Q. Have you had the same E mail account
22 for more than three years?
23 A. Since the beginning, I believe he's
24 had that.

**Page 46**

1 Q. And the beginning was?
2 A. Since '99.
3 Q. You used the name Mr. McDermott in
4 your testimony, correct?
5 A. Yes.
6 Q. And obviously you're referring to a
7 Brockton police officer named Christopher
8 McDermott?
9 A. Yes.
10 Q. How long have you known that
11 gentleman?
12 A. I know him from -- he'll get assigned
13 the details by the city every now and then.
14 Probably six years maybe.
15 Q. Do you know him from any way other
16 than him being assigned details?
17 A. No.
18 Q. So from your perspective, he is an
19 officer that shows up at the club sort of at
20 random?
21 A. Yes. We have nothing to do with him.
22 He shows up. They schedule them, and they show
23 up. When they get there, they don't check in
24 with me. Sometimes I don't even know they've

**Page 47**

1 arrived.
2 Q. Is there a written contract between
3 the club and the city regarding --
4 A. No.
5 Q. How is it arranged that there would be
6 details at the Foxy Lady?
7 A. I believe when we opened, part of the
8 licensing agreement required us to have details
9 on Thursday, Friday and Saturday evenings. So
10 it's pretty much known that that's when they
11 will schedule people to show up at our club.
12 Q. When was the licensing agreement
13 entered into?
14 A. I know they had about a three- or
15 four-year process to get the license. I don't
16 know the exact times. I wasn't involved with
17 that.
18 Q. Who was involved with that?
19 Mr. Caswell?
20 A. Yes.
21 Q. You were hired after the license was
22 in place?
23 A. Yes. I started about three weeks
24 after the club opened. I believe it was

**Page 48**

1 probably like August 1st of '99. The club had
2 been opened for a few weeks.
3 Q. In other words, you had no role in
4 opening the club, you were still at one of
5 the -- at Fudruckers, I guess?
6 A. Correct.
7 Q. And obviously you knew you were going
8 to make a change, you gave your notice and so
9 forth, but when you moved in, it was already up
10 and running?
11 A. Yes, it was.
12 Q. Does the Foxy Lady have anything in
13 the nature of an operations manual?
14 A. No.
15 Q. Nothing at all?
16 A. No.
17 Q. How are people taught how to do their
18 jobs?
19 A. On hand, on-the-job training.
20 Q. Anything like a personnel manual?
21 A. No.
22 Q. How is the city and/or the individual
23 officers compensated for their service at --
24 A. We are billed by the City of Brockton.

---

**Page 49**

1  We send the City of Brockton a check, and they
2  handle paying whoever worked.
3  Q.  What role do you understand the
4  officers to play when there is an issue
5  internally in the club?
6      MR. PHAFF: Objection.
7      MR. SINSHEIMER: Fair objection.
8  But I'll hear the answer and see what happens.
9  A.  One more time on that?
10 Q.  I'll withdraw it.
11 A.  Okay.
12 Q.  If I understood your testimony,
13 Mr. McDermott -- excuse me -- Mr. Erwin politely
14 left after you asked him to?
15 A.  Yes.
16 Q.  Let me ask you in a simple way, what
17 if he hadn't, what if he started swearing at
18 you, what would have happened then?
19 A.  If he had caused a scene, I may have
20 notified the police officer on duty which at
21 that night was Mr. McDermott, and he probably
22 would have taken care of it.
23 Q.  Okay.  And is that something that's
24 commonplace?

**Page 50**

1  A.  No.  We have very rare problems.
2  Q.  Let me rephrase it another way.
3      When there are issues involving
4  customers inside the club, do the police
5  routinely get involved?
6  A.  No.  If we are going to ask somebody
7  to leave, we do usually notify the officer just
8  in case.  You never know.
9  Q.  Were there bouncers on duty on the
10 evening in question?
11 A.  We don't refer to them as bouncers
12 because they are not allowed to touch a person.
13 That's the first thing they're told when they're
14 hired, if you touch a person, it's your last
15 night working, you'll be fired instantly.  So we
16 don't call them bouncers.  That's something
17 that's kind of a pet peeve of Frank's.  We make
18 sure they're called floor hosts because that's
19 what they are.  They're not bouncers.
20 Q.  Fair enough.
21     Would it be fair to say essentially
22 that's a marketing device, that you have what in
23 other clubs might be called bouncers, but for PR
24 type reasons you prefer to call them floor hosts

**Page 51**

1  and they're not allowed to touch anybody?
2  A.  I wouldn't say it's for PR reasons.
3  Their job basically is just to notify me if
4  there's any problems.  They are not bouncers.
5  Bouncers are people they have in clubs that
6  actually grab people and throw them out the
7  door.
8  Q.  Jason Buttimer, do you know him?
9  A.  Not any longer, no.
10 Q.  Do you remember him?
11 A.  Yes.
12 Q.  What was his height and weight?
13 A.  Maybe six feet, maybe 200.
14 Q.  How about John Byron?
15 A.  Maybe 5-10, 200.
16 Q.  Is he still there?
17 A.  No.
18 Q.  How about Adam Carlton?
19 A.  No, he is no longer there.
20 Q.  What is his height and weight?
21 A.  Maybe 5-6, 170.
22 Q.  How about Adam Gagnon?
23 A.  5-10, maybe 175, 180.
24 Q.  Is he still there, Mr. Gagnon?

**Page 52**

1  A.  Mr. Gagnon is.
2  Q.  Was he -- and he was on duty Friday,
3  August 10th, according to Exhibit 2?
4  A.  Yes.
5  Q.  Are any of the entertainers that are
6  still employed there -- strike it.
7      Are any of the entertainers employed
8  there today people who were there on August 10,
9  2008?
10 A.  It's possible.  But I have no idea who
11 was on that night.  There are several girls that
12 were there at that time, not that many.  The
13 turnover on the entertainers is pretty high.
14 Q.  Do you personally as you sit here have
15 any knowledge as to who owns the building,
16 exactly which corporate entity?
17 A.  Frank's of Plymouth, I believe.
18 Q.  Are you sure?
19 A.  I'm not sure, no.
20 Q.  As you sit here right now, do you have
21 any knowledge as to what entity owns the parking
22 lot?
23 A.  I think it's Frank's of Plymouth, but
24 I'm not positive.

---

**Page 53**

1  Q.  Is the club operated by a different
2  company than the ownership of the land?
3  A.  It's a confusing situation.  I'm not
4  involved with that stuff, so I'm not exactly
5  positive.  I believe the building is Frank's of
6  Brockton — no, no, the building is Frank's of
7  Plymouth, the business is Frank's of Brockton.
8  And I believe Frank's of Plymouth pays Frank's
9  of Brockton rent payments of some kind.
10 Q.  Do you know in which corporate name
11 the liquor license is held?
12 A.  Frank's of Brockton.
13 Q.  Are you sure of that?
14 A.  Yes.
15 Q.  Do you know if the land is owned by
16 more than one entity?
17 A.  I'm not positive.
18 Q.  Do you know the name of the insurance
19 carrier for the club?
20 A.  Hospitality Mutual, I believe.
21 Q.  Does Frank's of Brockton or -- does
22 Frank Caswell have any interest in the
23 insurance, meaning he is also an owner in the
24 insurance company in any way?

**Page 55**

1  tell me where the video would have been?
2  A.  I don't believe that where -- over at
3  Walgreens where the incident happened with
4  Officer McDermott, I don't believe that would
5  have been on there.  The front door when he was
6  acting up, that probably would have been.
7  Q.  Are there cameras on the property
8  today?
9  A.  Yes.
10 Q.  Visible to the outside?
11 A.  Yes.
12 Q.  In other words, if I drove into the
13 parking lot --
14 A.  There's globes.
15 Q.  Globes?
16 A.  Yeah, that are visible.
17 Q.  And those are the ones that would have
18 recorded the activity we referred to earlier?
19 A.  Yes, if they were pointed in the right
20 direction.
21 Q.  Fair enough.  I'll rephrase it then.
22     Assuming they were working as intended
23 and targeted as intended, it would have?
24 A.  Yes.

**Page 54**

1  A.  No.
2  Q.  Do you know who does own the insurance
3  company?
4  A.  No.
5  Q.  Do you know whether it's publicly
6  traded or privately held?
7  A.  No.
8  Q.  No idea?
9  A.  No idea.
10 Q.  I've covered this, but I want to
11 reiterate.  You personally never filled out any
12 paperwork whatsoever related to that evening,
13 correct?
14 A.  No.
15 Q.  In other words, I am correct?
16 A.  You are correct.
17 Q.  As you sit here right now, do you know
18 whether any of the incidents you've described
19 were recorded on any kind of video?
20 A.  They probably were.  However, they
21 loop after I believe 20 to 30 days, and where we
22 didn't find out about this for quite a while,
23 they taped over many, many, many times.
24 Q.  When you say "probably were," can you

**Page 56**

1  Q.  And at any time did anybody from the
2  Brockton Police Department come to you and say
3  we'd like to get these records?
4  A.  I don't recall.  But if they had in a
5  timely manner, they obviously would have been
6  given to them.
7  Q.  Do the police know where the cameras
8  are?
9  A.  I don't believe so.
10 Q.  Is it open and obvious to anyone who
11 looks?
12 A.  If you look up at the building, you'll
13 see globes on each corner of the building.  If
14 you were looking for them, you could see them.
15 Q.  As you sit here right now, you don't
16 have any knowledge one way or the other whether
17 anything was recorded, correct, any actual
18 knowledge?
19 A.  No.
20 Q.  I'm correct, in other words?
21 A.  You are correct.
22 Q.  You haven't seen such a video?
23 A.  No.
24 Q.  If I understand your testimony, your

Dustin Erwin v.
Christopher McDermott, et al.
1:11-cv-11328-NMG    Document 60-3    Filed 03/19/13    Page 17 of 34
John Ferrar
August 21, 201

Page 57

1  expectation would be that part of the incident
2  would have been recorded?
3  A.  Yes.
4  Q.  Based on the location of the cameras
5  where they normally are?
6  A.  Yes.
7  Q.  And the end of the incident would not
8  have been recorded, at least not by cameras
9  posted at the Foxy Lady?
10  A.  One more time on that?
11  Q.  Sure.
12      Your testimony earlier was where it
13  ended out at Walgreens parking lot would not
14  have been recorded?
15  A.  Correct.
16  Q.  I'm being clear, it wouldn't have been
17  recorded by a camera that was on the facility at
18  the Foxy Lady, correct?
19  A.  Correct.
20  Q.  You don't know anything about
21  Walgreens cameras or other cameras?
22  A.  No, I don't.
23  Q.  You don't know anything about cameras
24  that might be on light poles at the parking lot?

Page 58

1  A.  No idea.
2  Q.  All you know is the incident moved
3  from a place where it probably could have been
4  recorded to a place where it wasn't?
5  A.  Correct.
6  Q.  And you know that no one came to you
7  and asked that the records be preserved?
8  A.  Correct.
9  Q.  At least as far as you can recall?
10  A.  Correct.
11  Q.  Your testimony is if somebody asked
12  you, you could have cooperated and turned them
13  over?
14  A.  Absolutely.
15  Q.  If you did that, would you make a
16  written record of some kind?
17  A.  That would be up to Frank.  I don't
18  know what he'd do.
19  Q.  Has it happened on your watch where
20  you've been made aware police or somebody have
21  asked for a video?
22  A.  Yes.  One night a few years back
23  somebody held up the Mobil station next door,
24  and they came in and asked.

Page 59

1  Q.  They came in looking for every
2  videotape in the neighborhood.
3  A.  Yeah.
4  Q.  And you provided it?
5  A.  I believe Frank may have called Dave
6  our light and sound guy to make a recording.
7  You have to put a disc in, and they can record
8  what they need to record onto the disc.  But,
9  again, after 30 days, it would be gone.
10  Q.  Sure.  I got that.
11      It's a relatively easy thing to do if
12  someone wants to do it?
13  A.  If you know what you're doing, yes.
14  Q.  And do you know the name of any wait
15  staff that served Dustin Erwin on the evening in
16  question?
17  A.  No.
18  Q.  Other than it might be --
19  A.  I know who it could have been, but I
20  don't know who exactly did that.
21  Q.  When you say "who it could have
22  been" --
23  A.  Based on the schedules.
24  Q.  Does the wait staff have tables, so to

Page 60

1  speak?
2  A.  Yes, they have sections.  And that's
3  to monitor how much a person has had.
4  Q.  Let me go back to the cameras for a
5  minute.
6      The placement of cameras, has that
7  changed at all in the last four years?
8  A.  No.
9  Q.  So, again, I said hypothetically if I
10  went down there and with my own camera and took
11  a picture, you could see it?
12  A.  Yes.
13  Q.  And it would be in the same exact
14  place they were on August 10, 2008?
15  A.  Yes.
16  Q.  And there was no intention of moving
17  them?
18  A.  No.  They are getting a little
19  outdated, and Frank has talked about that.
20  Q.  Is there any written policy about when
21  to shut somebody off?
22  A.  There's not a written policy, but all
23  our employees are TIPS certified, and they're
24  aware of what to look for if a patron is

**Page 61**

1 becoming intoxicated.
2 Q. And TIPS stands for Techniques For
3 Intervention or Prevention Services, something
4 like that?
5 A. Something like that.
6 Q. T period I period P period S period?
7 A. They don't even put the periods on
8 there. I've seen the logo. It just says TIPS.
9 Q. And when's the last time the TIPS
10 people actually came in and gave training?
11 A. We've had onsite training, but most of
12 the time our employees will go to another
13 establishment. You can go on their Web site.
14 It gives a list of places and dates for
15 training.
16 Q. Do you know any TIPS guys personally?
17 A. Mike Mark Antonio.
18 Q. Have you talked to him about this case
19 at all?
20 A. No.
21 Q. Do you know whether on the evening in
22 question any of your employees or the employees
23 of the club actually requested that Mr. Erwin
24 cease to imbibe alcohol before he was asked to

**Page 62**

1 leave the club?
2 A. I had asked after the incident how
3 much he had had, and they said he had one or two
4 beers. I don't remember the person I asked, but
5 I did ask the question.
6 Q. Somebody said he had one or two beers?
7 A. Yes.
8 Q. Who said that?
9 A. The waitress, whichever waitress I
10 asked. I don't remember who it was.
11 Q. So to the best of your understanding,
12 he was not shut off?
13 A. No.
14 Q. That phrase, quote, shut off, unquote,
15 has meaning in the vernacular to you?
16 A. Yes.
17 Q. It means?
18 A. Do not serve that person any longer.
19 Q. Alcohol?
20 A. Alcohol.
21 Q. And your testimony is you simply have
22 no knowledge one way or the another if Erwin or
23 anybody in his group was shut off?
24 A. Not that I recall.

**Page 63**

1 Q. Okay. And you don't know the name of
2 anybody that asked you personally to get
3 involved?
4 A. Involved with?
5 Q. With Mr. Erwin's situation that
6 evening.
7 A. No.
8 Q. In other words, you've already
9 testified, I'm just cleaning it up, your
10 testimony is it was an entertainer, and you
11 don't recall who it was.
12 A. Several entertainers, yes.
13 Q. As you sit here right now, do you know
14 the name of any other person employed by Frank's
15 or affiliated in any way with Frank's and/or
16 Frank's of Plymouth and/or Frank's of Brockton
17 and/or the Foxy Lady in any way that saw
18 anything that night?
19 A. No.
20 Q. As far as you know, sitting here
21 you're the only person still employed that
22 actually saw anything?
23 A. I believe so, yes.
24 Q. That's your best understanding in good

**Page 64**

1 faith?
2 A. Yes.
3 Q. Have you ever talked about this matter
4 with Mr. McDermott?
5 A. No.
6 Q. Never at any time?
7 A. He did the detail one or two other
8 times. I don't remember talking to him about
9 it, no.
10 Q. Are you aware that there was a trial
11 of Mr. Erwin in either the -- probably the
12 Brockton District Court?
13 A. Yes.
14 Q. How did you become aware of that?
15 A. Mr. Caswell.
16 Q. Were you subpoenaed as a witness?
17 A. No.
18 Q. Did anybody ever contact you to
19 testify?
20 A. No.
21 Q. Do you have any understanding of the
22 outcome?
23 A. Yes.
24 Q. What did you understand?

**Page 65**

1  A.  Mr. Caswell told me that I guess there
2  weren't any charges brought up against him.
3  There were charges, but he was not found guilty
4  of them.
5  Q.  Caswell told you that?
6  A.  Yes.
7  Q.  Apart from talking to Caswell, you
8  have no actual knowledge?
9  A.  No.
10  MR. SINSHEIMER: Off the record.
11  (Discussion off the record)
12  BY MR. SINSHEIMER:
13  Q.  Let me show you what's already been
14  marked McDermott Exhibit 2. I know it's not the
15  best picture, but can you see that?
16  A.  Yes.
17  Q.  Do you recognize it as the club?
18  A.  Yes.
19  Q.  Can you just tell me with your finger
20  where the cameras were on that picture?
21  A.  Right there (Indicating). You can't
22  really see it, but I know it's there.
23  Q.  Those little white lines?
24  A.  Yeah. That's the only one on that

**Page 66**

1  side of the building that you're able to see.
2  Q.  Where's the other one?
3  A.  On this (Indicating) same corner on
4  the other side.
5  Q.  And it's still there, as you say?
6  A.  Yes.
7  Q.  Earlier I asked you to sort of give me
8  a narrative of what you saw that night, and you
9  did so?
10  A.  Mm-hmm.
11  Q.  Was it your intention to be complete?
12  A.  Yes.
13  Q.  Whether I asked you or not, is there
14  anything else about that evening you can recall
15  that you haven't testified to in one way or
16  another?
17  A.  No.
18  Q.  So, in other words, I've asked the
19  questions that have elicited from you your good
20  faith best memory of everything you saw that
21  night?
22  A.  Yes.
23  Q.  Nothing else of import that you can
24  recall?

**Page 67**

1  A.  No.
2  Q.  You understand that there's a lawsuit?
3  A.  Yes.
4  Q.  And you understand that you are here
5  on behalf of the corporation in part to tell us
6  everything that could help in the defense of
7  that lawsuit?
8  A.  Yes.
9  MR. SINSHEIMER: I don't have any
10  further questions.
11
12  CROSS-EXAMINATION
13  BY MR. PHAFF:
14  Q.  Mr. Ferraro, my name is Stephen Phaff.
15  I represent the Brockton defendants, and I have
16  a few questions for you, if you don't mind.
17  A.  Okay.
18  Q.  Mr. Sinsheimer asked you if you filled
19  out a statement with respect to this case, and
20  your answer was that you have not, right?
21  A.  Correct, except I remember them taking
22  my name down that evening.
23  Q.  Okay. Did you give an oral statement
24  that might have been recorded in any way?

**Page 68**

1  A.  No.
2  Q.  And how many times did you have to
3  speak to the plaintiff in terms of, and this is
4  my term, warning him before you actually --
5  A.  Two or threes times.
6  Q.  And was McDermott the only detail
7  officer there that might?
8  A.  Yes.
9  Q.  And was he accompanying you when you
10  spoke to the plaintiff on either of the two or
11  three occasions?
12  A.  No, he was not.
13  Q.  Did I hear you correctly in terms of
14  your testimony that after either the first or
15  the second time you went to speak with him, you
16  actually saw him physically throw coins at the
17  girls?
18  A.  Yes.
19  Q.  That's not allowed, is it?
20  A.  No, especially as hard as he was
21  throwing them.
22  Q.  So after you saw that, you then took
23  it upon yourself to ask him to leave; is that
24  correct?

John Ferraro
August 21, 2012

Case 1:11-cv-11328-NMG    Document 60-3    Filed 03/19/13    Page 20 of 34
Dustin Erwin v.
Christopher McDermott, et al.

Page 69

1  A.  Yes.  The first time I did not, but I
2  did warn him, and it did happen again.
3  Q.  And you saw him do it?
4  A.  The second time I did see him, yes.
5  Q.  And after you saw him do that, do I
6  also have it straight that one of the girls
7  actually complained to you?
8  A.  Originally, yes, and that's when I
9  became aware of the coin thing.
10 Q.  And then you saw him throw the coins
11 and asked him to leave.  But was there
12 somebody -- after you saw him throw the coins,
13 was there a female entertainer who made a
14 complaint thereafter and you saw him?
15 A.  No, I saw it.
16 Q.  Where was McDermott when you asked the
17 plaintiff to leave?
18 A.  Near the register.
19 Q.  The register would be just inside the
20 main building and just -- just so I understand
21 it --
22 A.  You walk into the building.  It's a
23 front foyer, empty space, and then can you walk
24 in the next set of doors, it's a little

Page 70

1  vestibule with the register, and that's where
2  the floor host will stand and take IDs.
3  Q.  And that's where McDermott was?
4  A.  Yes.
5  Q.  So when you walked out with the
6  plaintiff, how far did you get before the two of
7  you separated?
8  A.  I walked right behind him.
9  Mr. McDermott was watching.  He walked through
10 the first set of doors, through the second set
11 of doors and to the outside of the building.
12 Q.  Did you have to tell McDermott what
13 you were doing?
14 A.  I did tell him that I was going to be
15 asking somebody to leave.
16 Q.  And you did that before you --
17 A.  Before I walked into the building.
18 Q.  You did that before you came over to
19 Mr. Erwin, you told McDermott what you were
20 about to do?
21 A.  Yes.
22 Q.  Okay.  So it's your understanding then
23 that McDermott was watching you as you spoke to
24 Erwin, and the two of you started to walk out?

Page 71

1  A.  I believe he was.
2  Q.  Okay.  And so Erwin walked past the
3  register into the empty vestibule and then out
4  the door?
5  A.  Yes.
6  Q.  Okay.  What did McDermott do at that
7  point?
8  A.  Officer McDermott and myself were just
9  standing in the empty space, just conversing,
10 and then he began to do what he was doing.
11 Q.  Okay.  And he did that through the
12 outside doors from the outside?
13 A.  Yes.
14 Q.  And what did you see McDermott do at
15 that point?
16 A.  We basically just looked at each
17 other.  He left fine, and I don't know what set
18 him off outside.  And that's when he began fuck
19 you, screaming in the door.  And we just looked
20 at each other.  And Mr. McDermott went to the
21 door and asked him to leave the property.
22 Q.  Did McDermott go outside?
23 A.  No.  He propped the door open and told
24 him to his face.

Page 72

1  Q.  At this point could you see customers
2  entering and exiting?
3  A.  I don't believe at that time, no.
4  Q.  Was the vestibule area where you were
5  standing and where McDermott was just occupied
6  by the two of you?
7  A.  Yes.
8  Q.  Okay.  And after McDermott then spoke
9  to the plaintiff, what happened next?
10 A.  He came back in.
11 Q.  He being?
12 A.  Mr. McDermott came back in.
13 Q.  Okay.
14 A.  At that point that's when Mr. Erwin
15 began banging on the glass really hard.  We
16 really thought he was going to break the glass,
17 that's how hard he was pounding the glass.
18     Mr. McDermott went back to the door
19 again and opening the door, and that's when he
20 began saying, Fuck you, tough guy.  What are you
21 going to do about it, tough guy?  Come on, come
22 on.
23 Q.  And you could see and hear?
24 A.  See and hear it.

**Page 73**

1 Q.  You had not left the vestibule area?
2 A.  I don't get involved when the police
3   get involved.  That's it for me.
4 Q.  And what did McDermott do?
5 A.  Again, he warned him again to leave
6   the property, or I remember him saying you'll be
7   spending the night in jail.
8 Q.  Okay.
9 A.  And he came back in, and we were both
10   hoping -- the last thing they want to do --
11      MR. SINSHEIMER: Objection.  Move
12   to strike.
13      MR. BERMAN: Move to strike.
14      BY MR. PHAFF:
15 Q.  Go ahead.  Did McDermott come back in
16   the vestibule again?
17 A.  Yes, several times back and forth.
18 Q.  And then he finally went out the last
19   time?
20 A.  Then there were customers coming in
21   complaining what he was saying.  We could hear
22   him yelling, Fuck this place.  This place sucks.
23      And at that point Mr. McDermott went
24   back out.

**Page 74**

1 Q.  About how long in time would you say
2   was the period from the time that you escorted
3   Mr. Erwin out until Officer McDermott went out
4   the outside doors for the last time?
5 A.  10 to 15 minutes.
6 Q.  And during this you could hear and see
7   the plaintiff and his actions?
8 A.  Yes.
9 Q.  And customers at some point were
10   coming in and complaining?
11 A.  Yes.
12 Q.  All right.  And when you saw
13   Mr. McDermott get -- Officer McDermott go out
14   for the last time, tell me what happened.
15 A.  I knew he was really upset at that
16   time because he had been out there so many
17   times.  And he escorted him down the ramp again
18   telling him to get off the property or he was
19   going to be arrested if he didn't.
20      Mr. Erwin still continued on his rant.
21   They got down to the end of the ramp, and they
22   were walking towards Walgreens.
23 Q.  Where were you at this point?
24 A.  On the top of the ramp watching.

**Page 75**

1 Q.  So you're outside the door watching?
2 A.  Yes.
3      And then I remember Mr. McDermott
4   saying, Listen, I'm not going to tell you again.
5   And Mr. Erwin wound up and struck his arm very
6   hard, and the next thing, they were rolling on
7   the ground.
8 Q.  Do you know if McDermott had worked
9   there as a detail officer prior to this?
10 A.  Yes.
11 Q.  Had you ever had any complaints from
12   any customers whatsoever about McDermott's
13   actions?
14 A.  Never.
15 Q.  Has he worked there since?
16 A.  Yes.
17 Q.  Same question, any complaints from any
18   customers?
19 A.  No.
20 Q.  None?
21 A.  No.
22      MR. PHAFF: That's all I have.
23      MR. SINSHEIMER: I have a
24   follow-up.  First, do you have any, sir?

**Page 76**

1      MR. BERMAN: No, I don't have any
2   questions.
3
4      REDIRECT EXAMINATION
5      BY MR. SINSHEIMER:
6 Q.  Mr. Phaff asked you some more
7   questions about the allegation that Mr. Erwin
8   was throwing coins.
9 A.  Mm-hmm.
10 Q.  Did anybody ever present to you with
11   any kind of bruises or cuts or anything like
12   that?
13 A.  No.
14 Q.  I believe you said in response to some
15   of Mr. Phaff's questions that there was as much
16   as 10 to 15 minutes between Mr. Erwin first
17   being asked to leave -- I'm going to withdraw.
18   Let me try again.
19      He was actually outside for 10 or 15
20   minutes, is that your testimony?
21 A.  He had asked -- from the time he was
22   asked to leave until the final time
23   Mr. McDermott went out and, yes, sir, 10 to 15
24   minutes.

**Page 77**

1  Q.  During which time he was yelling?

2  A.  Yes.

3  Q.  And is it your testimony that none of

4  his companions went outside during that 10- or

5  15-minute period?

6  A.  No, one individual did.

7  Q.  But only one?

8  A.  Yes, just one.

9  Q.  How many of his companions were out

10  there when Mr. McDermott -- strike it.

11      How many of Mr. Erwin's companions

12  were outside when the incident became physical?

13  A.  To my knowledge, zero.

14  Q.  So your testimony is that Mr. Erwin

15  struck Mr. McDermott's arm before any of the

16  friends of his came out?

17  A.  Yes.

18  Q.  And prior to that, Mr. Erwin was

19  outdoors alone for roughly 10 to 15 minutes?

20  A.  Mr. Erwin?

21  Q.  Yes.

22  A.  Yes.

23  Q.  During which time he was yelling the

24  whole time?

**Page 78**

1  A.  Yes.

2  Q.  Or within sight of where the cameras

3  would, if they were working properly, would have

4  been able to take it down?

5  A.  Until the point where they walked over

6  on to Walgreens property, yes.

7  Q.  Which was near the end of the whole

8  thing?

9  A.  Yes.

10  Q.  So I was correct about the 10 or 15

11  minutes he was within sight of the cameras, give

12  or take?

13  A.  Yes.

14  Q.  And you were testifying in response to

15  Mr. Phaff's questions that patrons came in and

16  out during this time?

17  A.  I don't remember anybody leaving.

18  Q.  So your testimony is that the best you

19  can recall, Erwin was the only one who left

20  between the time that he physically walked out

21  the door and the time that McDermott came out

22  the last time?

23  A.  To the best of my knowledge, yes.

24  Somebody could have left to the right side and I

**Page 79**

1  wouldn't have seen them, but not to the left

2  side.

3  Q.  To the best of your recollection, no

4  one left through that particular door?

5  A.  Correct.

6  Q.  Okay.  And that includes, again, his

7  own friends, his own companions?

8  A.  Correct.

9  Q.  And McDermott was really upset when he

10  went out the last time?

11  A.  You can only ask somebody so many

12  times, and he was a little more upset, yes, than

13  he was at the beginning.

14  Q.  I think you said that to Mr. Phaff.

15  I'm just confirming it.  Is that true?

16  A.  Yes.

17  Q.  How did he manifest that?

18  A.  His voice got a little louder.

19  Q.  I'm going to take care of this once

20  and for all?

21  A.  He --

22      MR. PHAFF: Objection.

23  A.  He didn't say anything like that.

24      MR. SINSHEIMER: That's all I have.

**Page 80**

1      MR. PHAFF: I'm good.

2      MR. BERMAN: No questions.

3      (Whereupon the deposition was

4  concluded at 11:26 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 81

```
 1        ERRATA SHEET DISTRIBUTION INFORMATION
 2   DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS
 3
 4        ERRATA SHEET DISTRIBUTION INFORMATION
 5
 6       The original of the Errata Sheet has been
 7   delivered to David Berman, Esq.
 8       When the Errata Sheet has been completed by
 9   the deponent and signed, a copy thereof should
10   be delivered to each party of record and the
11   ORIGINAL forwarded to Robert Sinsheimer, Esq.,
12   to whom the original deposition transcript was
13   delivered.
14
15          INSTRUCTIONS TO DEPONENT
16       After reading this volume of your
17   deposition, please indicate any corrections or
18   changes to your testimony and the reasons
19   therefor on the Errata Sheet supplied to you and
20   sign it.  DO NOT make marks or notations on the
21   transcript volume itself.  Add additional sheets
22   if necessary.  Please refer to the above
23   instructions for Errata Sheet distribution
24   information.
```

Page 82

```
 1   ATTACH TO DEPOSITION OF: John Ferraro
 2   CASE: Erwin v. McDermott
 3   DATE TAKEN: August 21, 2012
 4   ERRATA SHEET
 5   Please refer to Page 81 for Errata Sheet
 6   instructions and distribution instructions.
 7   Page Line           Correction/Reason
 8         _____
 9         _____
10         _____
11         _____
12         _____
13         _____
14         _____
15         _____
16         _____
17   I have read the foregoing transcript of my
18   deposition, and except for any corrections or
19   changes noted above, I hereby subscribe to the
20   transcript as an accurate record of the
21   statements made by me.
22   Executed this_____day of_____, 2012.
23   _____
24   JOHN FERRARO
```

Page 83

```
 1   COMMONWEALTH OF MASSACHUSETTS)
 2   SUFFOLK, SS.                )
 3
 4       I, Daria L. Romano, RPR, CRR and Notary
 5   Public in and for the Commonwealth of
 6   Massachusetts, do hereby certify that there came
 7   before me on the 21st day of August, 2012, at
 8   10:13 a.m., the person hereinbefore named was
 9   duly sworn by me and that such deposition is a
10   true record of the testimony given by the
11   witness.
12       I further certify that I am neither related
13   to nor employed by any of the parties or counsel
14   to this action, nor am I financially interested
15   in the outcome of this action.
16       In witness whereof, I have hereunto set my
17   hand and seal this 24th day of August, 2012.
18
19
20
21             _____
22             Notary Public
23             My Commission Expires
24             March 15, 2013
```

## A

**Abington (1)**
5:21
**able (3)**
32:2;66:1;78:4
**above (1)**
82:19
**Absolutely (1)**
58:14
**abusing (1)**
35:1
**accept (3)**
5:8,11,14
**accompany (1)**
36:9
**accompanying (1)**
68:9
**according (1)**
52:3
**account (3)**
44:18;45:1,21
**accurate (1)**
82:20
**acknowledge (1)**
34:15
**acting (3)**
37:17;39:11;55:6
**action (1)**
34:4
**actions (2)**
74:7;75:13
**activity (1)**
55:18
**actual (3)**
15:12;56:17;65:8
**actually (17)**
14:14;17:11;20:13;22:16;
27:7;31:3;35:14;39:15;40:6;
51:6;61:10,23;63:22;68:4,
16;69:7;76:19
**Adam (2)**
51:18,22
**address (3)**
5:7,18;45:9
**admission (1)**
21:16
**advance (1)**
11:4
**affiliated (1)**
63:15
**Again (22)**
21:14;35:4,5,5,16,18;
38:18,20,24;39:18;40:2;
59:9;60:9;69:2;72:19;73:5,5,
16;74:17;75:4;76:18;79:6
**against (1)**
65:2
**ago (4)**
6:8,17,18;24:1
**agree (3)**
28:23;32:9;36:15

**agreement (2)**
47:8,12
**ahead (1)**
73:15
**alcohol (3)**
61:24;62:19,20
**allegation (1)**
76:7
**allegations (1)**
13:7
**allow (2)**
5:7,10
**allowed (4)**
26:16;50:12;51:1;68:19
**almost (1)**
38:17
**alone (2)**
37:19;77:19
**although (1)**
20:11
**amongst (1)**
29:9
**and/or (2)**
48:22;63:15,16,17
**Antonio (1)**
61:17
**anymore (2)**
34:11;40:3
**apart (4)**
13:2,6;45:5;65:7
**appearance (2)**
33:16,21
**approached (4)**
34:7;35:4,22;38:12
**approximately (4)**
8:23;9:1;15:5;30:12
**area (4)**
32:17;38:9;72:4;73:1
**arm (3)**
40:23;75:5;77:15
**around (7)**
15:24;22:8;32:5;41:4,9,
17;43:12
**arranged (1)**
47:5
**arrested (3)**
9:16;39:12;74:19
**arrived (1)**
47:1
**Arruda (2)**
28:13,20
**aside (1)**
39:16
**assigned (2)**
46:12,16
**assume (1)**
22:3
**Assuming (1)**
55:22
**ATTACH (1)**
82:1
**attorney-client (1)**
6:1

**August (9)**
16:9;20:10;23:18;30:21;
48:1;52:3,8;60:14;82:3
**availabilities (1)**
21:9
**availability (1)**
21:8
**Avery (2)**
20:10,13
**avoid (1)**
33:23
**aware (12)**
23:1,20;29:16;34:9;42:13,
15;43:5;58:20;60:24;64:10,
14;69:9
**away (2)**
12:20;34:14

## B

**bachelor (5)**
32:11,15;33:2,6,8
**back (20)**
7:16;8:18;22:9;34:20;
35:9,10;38:15;39:3,13,17;
42:4;58:22;60:4;72:10,12,
18;73:9,15,17,24
**background (2)**
7:17;13:8
**banging (2)**
38:17;72:15
**bar (2)**
18:9;31:18
**barback (3)**
17:1;18:6,8
**barbacks (4)**
16:20;17:18,21,23
**bartender (3)**
18:9;20:2;22:3
**Based (2)**
57:4;59:23
**Basically (3)**
21:17;51:3;71:16
**bathroom (2)**
18:11;21:22
**beat (1)**
34:3
**became (3)**
23:20;69:9;77:12
**become (1)**
64:14
**becoming (2)**
23:14;61:1
**beers (2)**
62:4,6
**began (5)**
37:22;71:10,18;72:15,20
**beginning (5)**
9:1;29:17;45:23;46:1;
79:13
**behalf (6)**
5:14;10:17;13:12,15,21;
67:5

**behavior (1)**
35:6
**behind (1)**
70:8
**BERMAN (20)**
4:24;5:7,11,12;6:2;10:4;
11:23;13:18;14:16;15:22;
25:21,23;30:15;36:13,17,22;
37:2;73:13;76:1;80:2
**best (8)**
25:8;62:11;63:24;65:15;
66:20;78:18,23;79:3
**better (3)**
30:8;38:13;39:1
**big (2)**
26:10;32:22
**billed (1)**
48:24
**birth (1)**
4:17
**bit (2)**
42:17;43:6
**blank (1)**
5:1
**blocking (1)**
42:8
**Boston (1)**
8:24
**both (2)**
37:23;73:9
**bouncers (7)**
50:9,11,16,19,23;51:4,5
**break (2)**
38:18;72:16
**Brockton (21)**
5:13,16;8:10,10,12;9:23;
10:22;12:23;13:22;46:7;
48:24;49:1;53:6,7,9,12,21;
56:2;63:16;64:12;67:15
**B-R-O-C-K-T-O-N (1)**
44:23
**brought (1)**
65:2
**bruises (1)**
76:11
**buffoon (1)**
39:11
**building (12)**
38:11;41:17;52:15;53:5,6;
56:12,13;66:1;69:20,22;
70:11,17
**business (2)**
32:18,21;45:2;53:7
**Buttimer (2)**
16:10;51:8
**Byron (2)**
16:14;51:14

## C

**call (2)**
50:16,24
**called (5)**

4:5;23:5;50:18,23;59:5
**calling (2)**
35:16,17
**calm (1)**
38:7
**calmly (1)**
37:15
**came (15)**
35:10;38:15;39:3;41:7;
58:6,24;59:1;61:10;70:18;
72:10,12;73:9;77:16;78:15,
21
**camera (2)**
57:17;60:10
**cameras (12)**
55:7;56:7;57:4,8,21,21,23;
60:4,6;65:20;78:2,11
**can (25)**
7:4;9:14;11:6,16;12:10;
22:2;24:23;25:7;26:6,15;
32:23;35:14;36:2;37:3;
54:24;58:9;59:7;61:13;
65:15,19;66:14,23;69:23;
78:19;79:11
**car (2)**
41:14;42:11
**care (8)**
18:8,10,12;36:11,19,20;
49:22;79:19
**careful (1)**
30:24
**Carlton (2)**
17:16;51:18
**carrier (1)**
53:19
**cars (3)**
41:7,13,15
**case (6)**
5:8;11:3;50:8;61:18;
67:19;82:2
**cashing (1)**
15:15
**Caswell (10)**
14:1,3,6;27:4;47:19;
53:22;64:15;65:1,5,7
**Caswell's (2)**
6:7;7:7
**caused (2)**
37:16;49:19
**cease (1)**
61:24
**certainly (2)**
14:23;21:18
**certified (1)**
60:23
**chance (3)**
13:17;39:1,12
**change (1)**
48:8
**changed (2)**
16:6;60:7
**changes (1)**
82:19

**charge (1)**
15:10
**charges (2)**
65:2,3
**check (3)**
29:24;46:23;49:1
**checks (2)**
45:7,11
**Christopher (3)**
14:5,18;46:7
**city (6)**
41:15;46:13;47:3;48:22,
24;49:1
**clarified (1)**
14:10
**clean (1)**
18:11
**cleaning (1)**
63:9
**clear (5)**
13:24;14:7;20:15;44:9;
57:16
**cleared (1)**
14:21
**client (1)**
9:23
**clock (2)**
20:18;30:5
**close (4)**
6:23;20:22,22;31:18
**closed (1)**
39:18
**closer (1)**
22:16
**closing (2)**
16:11,18
**club (19)**
18:18;21:22;32:8;34:12;
39:4;44:14;46:19;47:3,11,
24;48:1,4;49:5;50:4;53:1,19;
61:23;62:1;65:17
**clubs (2)**
50:23;51:5
**code (1)**
41:6
**coin (1)**
69:9
**coins (6)**
31:22;34:22;68:16;69:10,
12;76:8
**collect (1)**
21:16
**collecting (1)**
20:7
**College (2)**
8:3,4
**coming (5)**
23:2;39:20,23;73:20;
74:10
**committing (1)**
28:22
**commonplace (1)**
49:24

**companions (4)**
77:4,9,11;79:7
**company (4)**
13:12;53:2,24;54:3
**compensated (1)**
48:23
**complained (5)**
24:24;31:3,8;35:10;69:7
**complaining (5)**
25:2,17;31:20;73:21;
74:10
**complaint (2)**
35:21;69:14
**complaints (8)**
24:21;31:12,14;34:6,10,
11;75:11,17
**complete (2)**
39:11;66:11
**completely (1)**
22:22
**concept (2)**
10:18,23
**concerning (1)**
14:18
**concluded (1)**
80:4
**confirming (1)**
79:15
**confusing (1)**
53:3
**consent (1)**
13:14
**consult (1)**
5:4
**contact (1)**
64:18
**continue (1)**
19:23
**continued (2)**
35:8;74:20
**contract (1)**
47:2
**conversation (1)**
35:15
**conversing (1)**
71:9
**cooperated (1)**
58:12
**copy (1)**
10:11
**corner (2)**
56:13;66:3
**corporate (1)**
52:16;53:10
**corporation (1)**
67:5
**Correction/Reason (1)**
82:7
**corrections (1)**
82:18
**correctly (3)**
30:23;33:17;68:13
**counsel (6)**

4:5;5:5,13;6:10;14:1;
26:23
**count (2)**
17:14,15
**course (1)**
41:17
**court (2)**
24:4;64:12
**courtesy (1)**
36:15
**covered (1)**
54:10
**criminal (1)**
9:18
**criticizing (1)**
26:15
**CROSS-EXAMINATION (1)**
67:12
**cuff (2)**
41:1,2
**current (1)**
8:7
**custody (1)**
14:17
**customer (2)**
21:15,19
**customers (9)**
22:11;39:19,22;50:4;72:1;
73:20;74:9;75:12,18
**cuts (1)**
76:11

---

**D**

**d/b/a (1)**
8:13
**daily (1)**
45:11
**dancers (1)**
22:12
**date (4)**
4:17;24:4;27:13;82:3
**dates (2)**
7:22;61:14
**Dave (1)**
59:5
**day (6)**
17:24,24;20:14,14,16,21
**days (2)**
54:21;59:9
**deal (2)**
12:23;22:22
**death (1)**
34:3
**decide (1)**
29:4
**decides (1)**
29:6
**defendant (1)**
5:13
**defendants (1)**
67:15
**defense (1)**

67:6
definitions (1)
19:24
Department (1)
56:2
depends (1)
21:7
deponent (1)
10:16
deposed (1)
7:19
deposition (8)
6:7;7:7;10:16;12:8;42:19;
80:3;82:1,18
described (2)
23:11;54:18
designated (2)
12:23;15:17
detail (3)
64:7;68:6;75:9
details (4)
46:13,16;47:6,8
device (1)
50:22
different (7)
9:2;14:20;21:8;25:5;26:7;
29:2;53:1
differently (2)
7:8;26:8
digits (1)
5:1
DIRECT (1)
4:9
direction (1)
55:20
disc (2)
59:7,8
discipline (1)
9:8
Discussion (2)
42:2;65:11
distribution (1)
82:6
District (1)
64:12
document (5)
10:12;14:20;16:1;26:20;
27:8
dog (6)
42:10,11,12,17;43:6,7
domain (1)
22:4
done (3)
13:6;43:4,10
Door (22)
17:21;20:6;21:14,16;
34:22;38:3;39:18,22;40:7,
12;51:7;55:5;58:23;71:4,16,
21,23;72:18,19;75:1;78:21;
79:4
doors (7)
37:21;38:2;69:24;70:10,
11;71:12;74:4

doorway (1)
40:9
double (1)
33:23
down (15)
11:14;22:24;38:7;39:19;
40:4,10,15,17;41:7;43:20;
60:10;67:22;74:17,21;78:4
Downtown (1)
8:24
drawer (1)
27:17
dressing (1)
22:24
drove (1)
55:12
duly (1)
4:6
during (7)
17:24;18:9;74:6;77:1,4,
23;78:16
Dustin (6)
9:23;23:15,21;24:7;31:3;
59:15
duty (3)
49:20;50:9;52:2

E

earlier (3)
55:18;57:12;66:7
easy (1)
59:11
education (1)
7:22
either (5)
5:6;33:16;64:11;68:10,14
elicited (1)
66:19
else (7)
6:14;27:22;34:16;42:12;
44:7;66:14,23
employed (6)
5:16;28:7;52:6,7;63:14,21
employee (1)
21:8;25:2
employees (12)
15:16,19;20:23;24:22,23;
27:23;34:9;45:17;60:23;
61:12,22,22
employer (1)
8:11
empty (3)
69:23;71:3,9
encounter (1)
36:3
end (5)
39:2,12;57:7;74:21;78:7
ended (2)
41:19;57:13
enhance (1)
32:18
enough (7)

13:20;16:16;24:2;27:6;
29:1;50:20;55:21
entered (1)
47:13
entering (1)
72:2
entertainer (7)
22:19;25:22;27:15,19;
31:8;63:10;69:13
entertainers (8)
23:10;25:16;28:1;31:19;
52:5,7,13;63:12
entity (6)
10:17;23;13:15;52:16,21;
53:16
entrance (1)
20:7
entrances (1)
37:11
ERRATA (2)
82:4,5
Erwin (35)
7:10,13;9:24;23:15,21;
24:7,20;31:3;33:5;34:8;
35:22;38:21;39:15;40:22;
42:17;43:6;44:9;13;59:15;
61:23;62:22;64:11;70:19,24;
71:2;72:14;74:3,20;75:5;
76:7,16;77:14,18,20;78:19;
82:2
Erwin's (2)
63:5;77:11
escorted (2)
74:2,17
especially (1)
68:20
essentially (1)
50:21
establishment (1)
61:13
estimate (1)
25:8
even (6)
16:23;44:16;45:7,12;
46:24;61:7
evening (9)
16:22;24:20;50:10;54:12;
59:15;61:21;63:6;66:14;
67:22
evenings (1)
47:9
events (1)
14:8
exact (2)
47:16;60:13
exactly (5)
32:7;37:16;52:16;53:4;
59:20
examination (3)
4:5,9;76:4
examined (1)
4:7
except (2)

67:21;82:18
exchange (1)
14:11
excuse (3)
13:3;23:17;49:13
Executed (1)
82:22
Exhibit (1)
10:7,8;11:6;19:5,6,9,10,
12,13,15,16;52:3;65:14
Exhibits (4)
19:20,24;25:11;27:20
exiting (1)
72:2
expectation (1)
57:1
explain (2)
21:13;22:7
extensive (1)
11:7
eye (1)
34:21

F

face (1)
71:24
facility (1)
57:17
facing (1)
38:3
fact (3)
32:17;33:15;45:6
factor (1)
21:11
fair (10)
12:4;16:16;23:16;24:2;
27:6;29:1;49:7;50:20,21;
55:21
faith (2)
64:1;66:20
far (6)
33:18;43:23;44:2;58:9;
63:20;70:6
farther (1)
41:20
fast (2)
26:5;36:15
February (1)
4:18
fee (1)
21:16
fees (1)
20:7
feet (1)
51:13
female (1)
69:13
FERRARO (6)
4:3,12;5:14;67:14;82:1,24
F-E-R-R-A-R-O (1)
4:15
few (10)

6:21;7:17;21:23;28:9;
34:22,24;38:16;48:2;58:22;
67:16
**filled (2)**
54:11;67:18
**final (1)**
76:22
**finally (1)**
73:18
**find (5)**
13:19;26:13;27:12,14;
54:22
**fine (1)**
71:17
**finger (3)**
37:23;38:1;65:19
**fired (1)**
50:15
**first (11)**
4:6,15;24:19;34:4;38:11;
50:13;68:14;69:1;70:10;
75:24;76:16
**firsthand (1)**
14:3
**five (5)**
7:15;14:15;16:11;22:6;
25:9
**floor (13)**
16:21,22;17:2,19;18:6,17,
22;21:21;31:9,16;50:18,24;
70:2
**flying (1)**
41:7
**follows (1)**
4:7
**follow-up (1)**
75:24
**foregoing (1)**
82:17
**forgot (1)**
37:7
**formal (1)**
7:21
**forth (2)**
48:9;73:17
**forward (1)**
11:16
**found (4)**
26:13;27:14;33:18;65:3
**four (12)**
5:1;6:16,18;8:3;9:2;18:22;
22:2;25:9;29:3,3;41:7;60:7
**four-year (1)**
47:15
**Foxy (16)**
8:9,13;9:22;23:17;31:15,
17,17;32:9,15;43:24;44:3;
47:6;48:12;57:9,18;63:17
**FoxyBrockton@AOL.com (1)**
44:22
**foyer (5)**
37:12,21;38:9,10;69:23
**Frank (10)**

6:7,11,12;27:4;45:7,11;
53:22;58:17;59:5;60:19
**frankly (1)**
11:9
**Frank's (23)**
5:13,16;8:10,12;10:21;
12:22;13:22;14:17;45:3;
50:17;52:17,23;53:5,6,7,8,8,
12,21;63:14,15,16,16
**Friday (8)**
15:21,22;16:9,11;23:17;
28:17;47:9;52:2
**friend (2)**
39:10,16
**friends (9)**
32:3,4,7;36:7,9;37:18;
39:5;77:16;79:7
**front (11)**
7:1,6;20:6;21:14;34:21;
37:12,21;38:2,10;55:5;69:23
**fuck (6)**
37:23;38:18,18;71:18;
72:20;73:22
**fucking (4)**
31:21,21;39:21;40:19
**Fudruckers (3)**
8:24;9:3;48:5
**full (2)**
4:11;28:12
**function (2)**
15:13;28:1
**functions (1)**
27:24
**further (1)**
67:10
**future (1)**
5:22

| **G** |
| --- |

**Gagnon (4)**
17:16;51:22,24;52:1
**gather (1)**
19:19
**gave (4)**
37:24;45:10;48:8;61:10
**general (5)**
8:9,23;12:7;15:10;22:21
**generally (1)**
28:16
**generates (1)**
32:10
**generically (1)**
22:3
**gentleman (1)**
46:11
**Gino's (2)**
8:21;9:3
**girl (2)**
20:6;35:9
**girls (8)**
22:8;23:1;34:23,24;35:17;
52:11;68:17;69:6

**given (4)**
6:9;29:10;33:1;56:6
**gives (1)**
61:14
**glad (1)**
14:20
**glass (5)**
38:17,18;72:15,16,17
**globes (3)**
55:14,15;56:13
**goes (2)**
21:21;30:12
**good (4)**
32:21;63:24;66:19;80:1
**grab (1)**
51:6
**graduate (1)**
8:5
**graduated (1)**
8:4
**greet (1)**
21:15
**ground (4)**
41:1,4,9;75:7
**group (5)**
32:22;33:1,7;39:6;62:23
**guess (4)**
34:7;44:14;48:5;65:1
**guilty (1)**
65:3
**guy (8)**
16:3;17:5;38:22,22;
40:19;59:6;72:20,21
**guys (2)**
39:7;61:16

| **H** |
| --- |

**hand (2)**
40:21;48:19
**handle (1)**
49:2
**hands (1)**
37:23
**handwritten (2)**
45:19,20
**happen (1)**
69:2
**happened (13)**
26:11;29:12;34:19;35:20;
41:12;42:14,16;44:14;49:18;
55:3;58:19;72:9;74:14
**happening (2)**
41:19;44:12
**happens (1)**
49:8
**hard (6)**
31:22;40:23;68:20;72:15,
17;75:6
**hear (9)**
34:23;39:21;40:8;49:8;
68:13;72:23,24;73:21;74:6
**heard (2)**

38:21;43:7
**height (2)**
51:12,20
**held (3)**
53:11;54:6;58:23
**help (2)**
23:3;67:6
**hereby (1)**
82:19
**Here's (1)**
10:15
**hey (1)**
44:14
**high (4)**
7:22,24,24;52:13
**hired (3)**
20:11;47:21;50:14
**home (2)**
5:6,18
**honor (1)**
30:8
**hoping (2)**
39:19;73:10
**Hospitality (1)**
53:20
**host (7)**
16:21,22;17:2;18:6,17;
21:21;70:2
**hostess (4)**
20:2,6,11;21:13
**hosts (4)**
17:19;18:22;50:18,24
**hourly (1)**
30:1,2
**hours (4)**
17:10,11;30:3,14
**house (10)**
22:23;23:4,6;28:3,6,14,16;
29:11,22;30:21
**hypothetically (1)**
60:9

| **I** |
| --- |

**ID (2)**
21:19,20
**idea (4)**
52:10;54:8,9;58:1
**identification (5)**
10:9;19:7,11,14,17
**IDs (4)**
18:17;21:23;37:14;70:2
**imbibe (1)**
61:24
**import (1)**
66:23
**inaccurate (1)**
6:20
**Inc (3)**
8:10,12;10:22
**incident (12)**
9:22;24:4,6,10,12;39:5;
55:3;57:1,7;58:2;62:2;77:12

incidents (1)
  54:18
includes (1)
  79:6
independent (1)
  14:6
Indicating (2)
  65:21;66:3
individual (3)
  31:2;48:22;77:6
individuals (1)
  33:1
informal (1)
  44:16
information (4)
  13:8;14:17,23;26:23
innocent (1)
  13:20
inside (4)
  37:13;42:4;50:4;69:19
instantly (1)
  50:15
instructions (2)
  82:6,6
insurance (4)
  53:18,23,24;54:2
intended (2)
  55:22,23
intention (2)
  60:16;66:11
intentional (1)
  23:9
interest (1)
  53:22
internally (1)
  49:5
Intervention (1)
  61:3
into (11)
  15:22;38:11;39:4,10;41:5;
  45:8;47:13;55:12;69:22;
  70:17;71:3
intoxicated (1)
  61:1
investigate (1)
  13:7
involved (13)
  23:15;24:6;26:19;27:2;
  45:12;47:16,18;50:5;53:4;
  63:3,4;73:2,3
involving (1)
  50:3
issue (1)
  49:4
issues (1)
  50:3
item (1)
  14:4
items (1)
  27:3

**J**

jail (2)
  39:2;73:7
Jason (2)
  16:10;51:8
Jassett (1)
  17:22
job (6)
  8:7,16;9:6,9;43:16;51:3
jobs (4)
  9:2;15:18;16:24;48:18
JOHN (7)
  4:3,12,16;16:14;51:14;
  82:1,24
J-O-H-N (1)
  4:16
join (1)
  36:23

**K**

K-9 (1)
  14:15
keep (1)
  30:3
keeping (1)
  34:20
keeps (1)
  35:6
kind (19)
  9:19;23:12;26:7;34:14,20;
  36:7;40:3,16;41:3,6;42:8;
  43:21,24;44:3;50:17;53:9;
  54:19;58:16;76:11
knew (6)
  32:4,6;33:7;36:8;48:7;
  74:15
knowing (2)
  32:24;37:19
knowledge (11)
  14:2,4,7;52:15,21;56:16,
  18;62:22;65:8;77:13;78:23
known (2)
  46:10;47:10

**L**

lack (1)
  30:8
Lady (13)
  8:9,13;9:23;23:17;32:10,
  15;43:24;44:3;47:6;48:12;
  57:9,18;63:17
land (2)
  53:2,15
Lane (1)
  5:20
Last (11)
  4:15;5:1;50:14;60:7;61:9;
  73:10,18;74:4,14;78:22;
  79:10
later (2)
  26:14;38:16
lawsuit (3)

42:20;67:2,7
lawyer (3)
  9:14;11:2;12:10
lawyering (1)
  11:10
lawyers (1)
  11:9
layperson's (1)
  12:21
least (2)
  57:8;58:9
leave (19)
  7:11;34:12;35:6;36:4,9;
  38:13;39:1,8;45:18;50:7;
  62:1;68:23;69:1,17;70:15;
  71:21;73:5;76:17,22
leaving (2)
  36:8;78:17
left (12)
  7:13;36:5;37:11;38:3,4;
  49:14;71:17;73:1;78:19,24;
  79:1,4
less (1)
  17:7
license (3)
  47:15,21;53:11
licensing (2)
  47:8,12
light (2)
  57:24;59:6
likely (1)
  28:23
Line (1)
  82:7
lines (1)
  65:23
liquor (1)
  53:11
list (4)
  11:3,7;25:22;61:14
listed (1)
  22:14
Listen (2)
  5:24;75:4
litigation (1)
  12:24
little (8)
  13:19;37:13,20;60:18;
  65:23;69:24;79:12,18
living (1)
  8:8
lobby (2)
  35:9;37:13
located (1)
  31:18
location (1)
  57:4
logo (1)
  61:8
long (8)
  5:12,15;8:16;28:6,10,14;
  46:10;74:1
longer (3)

51:9,19;62:18
look (7)
  20:9;21:18;22:17;27:4,16;
  56:12;60:24
looked (5)
  16:6;24:14,16;71:16,19
looking (6)
  14:19;17:13;26:24;42:6;
  56:14;59:1
looks (3)
  17:2;21:19;56:11
loop (1)
  54:21
lot (6)
  32:5;42:7;52:22;55:13;
  57:13,24
louder (1)
  79:18
Low (1)
  18:13
lucrative (1)
  21:1

**M**

mail (8)
  44:7,13,18;45:1,3,4,5,21
mails (3)
  14:1,11;45:14
main (3)
  31:16,17;69:20
major (1)
  9:8
makes (1)
  4:19
making (1)
  15:14
manage (1)
  22:23
managed (1)
  22:20
manager (4)
  8:9,24;15:10;22:21
manifest (1)
  79:17
manner (1)
  56:5
manual (2)
  48:13,20
many (16)
  7:12,14;15:19;26:10;
  28:16;29:2;32:24;52:12;
  54:23,23,23;68:2;74:16;
  77:9,11;79:11
mark (4)
  10:6;19:4,8;61:17
marked (6)
  10:8;19:6,10,13,16;65:14
marketing (1)
  50:22
Mass (2)
  5:21;8:1
match (1)

21:5
**matches (1)**
21:3
**matter (3)**
44:4,7;64:3
**may (8)**
6:22;18:5;28:10,21;34:11;
43:5;49:19;59:5
**maybe (11)**
12:6;26:4;37:17;38:16;
40:16;46:14;51:13,13,15,21,
23
**McDermott (51)**
14:5,14,18;37:21;38:6,12,
15,20,24;39:3;40:1,10,21,24;
41:5;46:3,8;49:13,21;55:4;
64:4;65:14;68:6;69:16;70:3,
9,12,19,23;71:6,8,14,20,22;
72:5,8,12,18;73:4,15,23;
74:3,13,13;75:3,8;76:23;
77:10;78:21;79:9;82:2
**McDermott's (2)**
75:12;77:15
**mean (9)**
12:9;15:12;16:8,21;19:21;
25:7;30:10;34:3;42:15
**meaning (2)**
53:23;62:15
**means (5)**
12:2;20:18;22:3,4;62:17
**meant (4)**
17:13;29:14;30:1,17
**meet (1)**
34:8
**memory (3)**
7:2,13;66:20
**Michael (1)**
4:12
**might (9)**
23:10;26:17;39:12;45:6;
50:23;57:24;59:18;67:24;
68:7
**Mike (1)**
61:17
**military (1)**
9:12
**Milton (1)**
17:22
**mind (1)**
67:16
**minute (1)**
60:5
**minutes (9)**
21:23;38:16;41:8;74:5;
76:16,20,24;77:19;78:11
**Mix (1)**
21:5
**mixes (1)**
21:3
**Mm-hmm (5)**
6:13;10:19;19:3;66:10;
76:9
**Mobil (1)**

58:23
**mom (7)**
22:24;23:4,6;28:4,14;
29:11;30:21
**moms (3)**
28:6,16;29:22
**monitor (2)**
18:18;60:3
**month (1)**
6:8
**more (14)**
7:15;12:21;20:24;23:11;
25:3;32:12;34:22,24;45:22;
49:9;53:16;57:10;76:6;
79:12
**morning (1)**
15:23
**most (2)**
13:23;61:11
**motion (1)**
36:23
**mouth (1)**
31:1
**move (3)**
5:22;73:11,13
**moved (2)**
48:9;58:2
**moving (2)**
36:19;60:16
**much (10)**
18:14;21:1;28:8;30:10;
41:23;42:7;47:10;60:3;62:3;
76:15
**must (1)**
20:24
**Mutual (1)**
53:20
**myself (2)**
35:3;71:8

## N

**name (22)**
4:11,15,15;17:12;23:22,
23,24;24:9,23;28:3,12;31:2;
35:12;43:13;46:3;53:10,18;
59:14;63:1,14;67:14,22
**named (5)**
16:9,14;23:21;24:7;46:7
**namely (1)**
14:4
**names (1)**
35:17
**narrative (1)**
66:8
**nature (2)**
31:11;48:13
**near (5)**
5:22;31:15;37:21;69:18;
78:7
**necessarily (1)**
32:20
**need (7)**

5:15;23:3;25:22;37:1,2;
45:17;59:8
**needs (1)**
18:9
**negative (1)**
33:24
**neighborhood (1)**
59:2
**next (11)**
16:13;17:11;34:19;35:9,
20;37:22;38:15;58:23;
69:24;72:9;75:6
**Nicole (2)**
20:10,13
**night (34)**
13:3,4;14:24;15:4,8,16,20,
21,22;17:15,18,23;18:23;
20:10,23,24;22:16;23:17,17;
28:4,11,17;29:10;39:2;
42:23;43:2;49:21;50:15;
52:11;58:22;63:18;66:8,21;
73:7
**nights (1)**
30:11
**non (1)**
36:16
**None (2)**
75:20;77:3
**normally (1)**
57:5
**Norwell (2)**
7:24;8:1
**notary (2)**
37:1,3
**note (3)**
45:18,19,20
**noted (1)**
82:19
**notepads (1)**
43:12
**notice (1)**
48:8
**notified (1)**
49:20
**notify (2)**
50:7;51:3
**number (8)**
4:21;11:17,20;12:15;
14:14,15;22:2,6
**numbers (1)**
19:20

## O

**Objection (4)**
49:6,7;73:11;79:22
**objections (1)**
36:24
**observations (2)**
13:11;15:1
**observe (2)**
32:2;34:22
**observed (1)**

42:23
**obvious (1)**
56:10
**obviously (3)**
46:6;48:7;56:5
**occasions (1)**
68:11
**occupied (1)**
72:5
**occurred (3)**
9:22;14:8;36:12
**o'clock (1)**
16:11
**odd (1)**
36:10
**of_ (1)**
82:22
**off (19)**
12:7;19:2;21:24;31:20;
35:1,9;40:4,24;42:1,2;45:18;
60:21;62:12,14,23;65:10,11;
71:18;74:18
**office (2)**
6:3;16:15
**officer (11)**
7:10;46:7,19;49:20;50:7;
55:4;68:7;71:8;74:3,13;75:9
**officers (4)**
42:8;43:11;48:23;49:4
**old (1)**
27:18
**once (1)**
79:19
**one (42)**
7:9;9:4;12:16;16:5,13;
17:23;19:1;25:23;28:18;
29:8,13,15;31:16,17;32:12;
33:4,9;39:8;41:14;43:18;
44:11,24;48:4;49:9;53:16;
56:16;57:10;58:6,22;62:3,6,
22;64:7;65:24;66:2,15;69:6;
77:6,7,8;78:19;79:4
**ones (4)**
25:5;28:8;29:2;55:17
**one's (1)**
26:15
**only (8)**
4:24;26:15;63:21;65:24;
68:6;77:7,78:19;79:11
**onsite (2)**
15:13;61:11
**onstage (3)**
31:23;34:24;35:17
**on-the-job (1)**
48:19
**onto (1)**
59:8
**open (3)**
40:7;56:10;71:23
**opened (3)**
47:7,24;48:2
**opening (2)**
48:4;72:19

**operated (1)**
53:1
**operations (1)**
48:13
**opposed (1)**
31:9
**oral (1)**
67:23
**order (1)**
11:1
**ordered (1)**
42:5
**Originally (1)**
69:8
**out (46)**
5:1;6:20;12:16;23:3;
24:22;26:5;29:7,9,13;31:24;
33:19;34:8;35:9;36:6;37:8,
14,18,19,20;38:3;39:9,13;
40:21;42:6,11;51:6;54:11,
22;57:13;67:19;70:5,24;
71:3;73:18,24;74:3,3,13,16;
76:23;77:9,16;78:16,20,21;
79:10
**outcome (1)**
64:22
**outdated (1)**
60:19
**outdoors (1)**
77:19
**outgoing (1)**
45:13
**outside (18)**
37:15;38:2,6,20;39:11,22;
40:2;55:10;70:11;71:12,12,
18,22;74:4;75:1;76:19;77:4,
12
**over (8)**
26:16;39:5;41:20;54:23;
55:2;58:13;70:18;78:5
**overlap (1)**
17:8
**own (7)**
13:11;26:9;30:3;54:2;
60:10;79:7,7
**owned (1)**
53:15
**owner (1)**
53:23
**ownership (1)**
53:2
**owns (2)**
52:15,21

**P**

**page (3)**
11:6;82:5,7
**paid (3)**
29:20,21;30:11
**Papa (2)**
8:21;9:2
**paper (1)**

27:8
**paperwork (1)**
54:12
**parking (4)**
52:21;55:13;57:13,24
**part (5)**
33:5;43:16;47:7;57:1;67:5
**particular (6)**
15:20;20:9,23;27:13;43:2;
79:4
**parties (2)**
32:11,15
**party (5)**
5:10;33:2,6,8;34:16
**past (1)**
71:2
**patron (1)**
60:24
**patronage (1)**
32:10
**patrons (2)**
32:8;78:15
**Pause (1)**
11:19
**pay (2)**
21:1;30:14
**paycheck (1)**
8:14
**paying (1)**
49:2
**payments (1)**
53:9
**pays (1)**
53:8
**peacefully (1)**
36:5
**peeve (1)**
50:17
**penalties (1)**
37:3
**people (17)**
17:7,10,14;22:15;25:10;
26:10;32:5,6;33:12;35:19;
39:8;47:11;48:17;51:5,6;
52:8;61:10
**pepper (1)**
43:8
**period (6)**
61:6,6,6,6;74:2;77:5
**periods (1)**
61:7
**perjury (1)**
37:4
**person (16)**
12:22;13:21,23;16:10;
21:19;23:21;24:6;31:8;39:7;
50:12,14;60:3;62:4,18;
63:14,21
**personal (2)**
14:24;45:3
**personally (10)**
6:12;26:19;27:2;34:5;
35:24;41:10;52:14;54:11;

61:16;63:2
**personnel (1)**
48:20
**persons (1)**
18:13
**perspective (1)**
46:18
**pet (1)**
50:17
**PHAFF (11)**
29:22;38:8;49:6;67:13,14;
73:14;75:22;76:6;79:14,22;
80:1
**Phaff's (2)**
76:15;78:15
**phrase (1)**
5:24;30:9;43:10;62:14
**physical (2)**
33:16;77:12
**physically (2)**
68:16;78:20
**picture (3)**
60:11;65:15,20
**piece (1)**
27:7
**pile (1)**
27:17
**Pizzeria (2)**
8:22;9:3
**place (8)**
12:13;39:21;47:22;58:3,4;
60:14;73:22,22
**placement (1)**
60:6
**places (1)**
61:14
**Plaintiff (7)**
4:6;68:3,10;69:17;70:6;
72:9;74:7
**plaintiff's (1)**
11:20
**plans (1)**
5:22
**play (1)**
49:4
**please (11)**
4:11,14,17,24;5:19;10:7;
19:5,12,15;36:3;82:5
**Plymouth (5)**
52:17,23;53:7,8;63:16
**PM (6)**
16:21;20:18;30:13,15,16,
17
**point (19)**
12:22;13:21,23;23:20;
35:11,21;39:4;40:1,18;41:3,
22;71:7,15;72:1,14;73:23;
74:9,23;78:5
**pointed (4)**
24:22;31:24;34:8;55:19
**pole (1)**
18:13
**poles (1)**

57:24
**police (13)**
41:7,13,14;42:7;43:6,11;
46:7;49:20;50:4;56:2,7;
58:20;73:2
**policy (2)**
60:20,22
**politely (1)**
49:13
**Positive (4)**
25:19;52:24;53:5,17
**possible (4)**
28:10,19,24;52:10
**post (1)**
8:5
**posted (1)**
57:9
**pounding (1)**
72:17
**PR (2)**
50:23;51:2
**predominant (1)**
35:18
**prefer (1)**
50:24
**prepare (1)**
6:4
**presence (2)**
15:13;23:21
**present (3)**
14:8,9;76:10
**preserve (1)**
32:19
**preserved (1)**
58:7
**presumably (1)**
6:10
**pretty (9)**
6:23;18:13;21:1;28:8;
29:16;30:10;41:23;47:10;
52:13
**Prevention (1)**
61:3
**previously (1)**
35:1
**prior (4)**
8:20;23:14;75:9;77:18
**privately (1)**
54:6
**privilege (1)**
6:1
**pro (1)**
36:16
**Probably (11)**
15:24;22:15,16;46:14;
48:1;49:21;54:20,24;55:6;
58:3;64:11
**problems (4)**
18:19;36:6;50:1;51:4
**proceeded (1)**
40:14
**process (1)**
47:15

produced (1)
26:18

production (1)
26:20

properly (1)
78:3

property (8)
38:14;39:1;40:5;55:7;
71:21;73:6;74:18;78:6

propped (2)
40:7;71:23

provide (2)
11:3;27:20

provided (1)
59:4

public (1)
22:4

publicly (1)
54:5

pull (1)
41:22

pulled (2)
41:13,15

Punch (1)
30:5

pushed (1)
39:15

put (10)
4:24;14:11;18:4,5;31:1;
32:21;36:13;40:21;59:7;
61:7

## Q

quarters (1)
40:16

quickly (1)
37:8

quite (5)
7:12;11:9;28:19,23;54:22

quiz (1)
7:2

quote (1)
62:14

## R

radio (1)
41:5

ramp (9)
40:4,11,12,15,17;41:18;
74:17,21,24

random (1)
46:20

rant (1)
74:20

rare (1)
50:1

read (8)
6:6,7,14,19;7:6;16:8;
42:19;82:17

ready (1)
37:4

really (11)
21:12;23:13;34:15;36:11;
40:23;41:24;65:22;72:15,16;
74:15;79:9

reasons (2)
50:24;51:2

recall (15)
7:4,7;33:12,15,20;34:1,2;
36:2;56:4;58:9;62:24;63:11;
66:14,24;78:19

received (1)
26:22

receiving (1)
21:1

recognize (2)
16:2;65:17

recollection (4)
30:20;31:2,7;79:3

record (14)
4:13;9:18;12:7;14:12;
18:4,6;42:1,2;58:16;59:7,8;
65:10,11;82:20

recorded (9)
54:19;55:18;56:17;57:2,8,
14,17;58:4;67:24

recording (1)
59:6

records (2)
56:3;58:7

REDIRECT (1)
76:4

refer (2)
50:11;82:5

referred (2)
27:8;55:18

referring (2)
14:5;46:6

regarding (2)
9:23;47:3

register (6)
20:7;37:13;69:18,19;70:1;
71:3

regular (1)
32:8

reiterate (1)
54:11

related (3)
12:15;14:17;54:12

relatively (1)
59:11

remaining (1)
5:9

remember (18)
6:21;7:9;24:12,14,16;
26:12;28:3;31:11;43:5,11;
51:10;62:4,10;64:8;67:21;
73:6;75:3;78:17

rent (1)
53:9

rephrase (3)
32:13;50:2;55:21

report (3)
23:6;43:14,24

reports (2)
43:4,10

represent (1)
67:15

Request (2)
16:15;27:9

requested (2)
19:1;61:23

requests (1)
45:18

required (1)
47:8

requires (1)
10:16

respect (3)
5:24;34:5;67:19

response (2)
76:14;78:14

rest (2)
5:1;37:10

restaurant/bar (1)
23:11

Restaurants (1)
8:21

result (1)
32:10

resulted (1)
24:4

right (24)
6:22;10:15;17:7;19:23,24;
20:15,17,19;24:4;27:6;29:3;
36:6,22;42:21;52:20;54:17;
55:19;56:15;63:13;65:21;
67:20;70:8;74:12;78:24

RO (1)
16:13

road (1)
41:7

role (3)
21:13;48:3;49:3

rolling (3)
41:4,8;75:6

room (1)
22:24

roughly (2)
8:18;77:19

routine (4)
23:11,16;36:13,24

routinely (1)
50:5

rub-girl (2)
20:3;22:6

rubs (1)
22:9

rude (1)
12:9

Rule (2)
11:21;12:7

run (2)
15:14;20:21

running (1)
48:10

## S

Same (11)
17:5;19:21;20:10;22:2;
25:2;28:8;35:16;45:21;
60:13;66:3;75:17

Saturday (4)
15:23;23:16;28:17;47:9

save (5)
19:19;24:3;25:21;36:21;
37:1

saw (20)
24:19,21;39:4;41:4,10,22;
42:11;63:17,22;66:8,20;
68:16,22;69:3,5,10,12,14,15;
74:12

saying (6)
35:19;39:23;72:20;73:6,
21;75:4

scene (1)
49:19

Schedule (12)
12:20;14:14;17:1,2;22:17,
19;26:9;27:15,19;29:8;
46:22;47:11

scheduled (2)
17:11;26:8

schedules (4)
16:5;27:13,18;59:23

scheduling (2)
45:16,17

school (3)
7:23,24;8:1

screamed (1)
41:16

screaming (2)
39:22;71:19

searched (1)
26:12

searching (1)
27:3

seating (1)
18:20

second (3)
68:15;69:4;70:10

sections (1)
60:2

Security (1)
4:21

seeing (1)
23:14

seem (1)
18:5

segregation (1)
23:9

self-explanatory (2)
18:3,5

send (3)
44:13;45:13;49:1

seniority (1)
21:11

sense (3)

7:2;39:10,14
**sent (1)**
  44:6
**separate (1)**
  22:22
**separated (1)**
  70:7
**serve (2)**
  5:15;62:18
**served (2)**
  9:11;59:15
**server (4)**
  20:1,4,12,15
**service (4)**
  5:8,11,14;48:23
**Services (1)**
  61:3
**set (5)**
  40:23;69:24;70:10,10;
  71:17
**sets (1)**
  23:2
**settle (1)**
  39:19
**several (11)**
  16:24;24:21;25:4,5,6,7;
  32:6;45:11;52:11;63:12;
  73:17
**shall (1)**
  5:14
**sheet (3)**
  26:10;82:4,5
**shift (7)**
  15:11;17:24;18:10;20:14,
  22,23;30:12
**shifts (5)**
  15:14;20:21,24;29:4,6
**show (7)**
  10:11;15:16;16:1;27:7;
  46:22;47:11;65:13
**shows (2)**
  46:19,22
**shut (4)**
  60:21;62:12,14,23
**side (5)**
  38:3;66:1,4;78:24;79:2
**sight (2)**
  78:2,11
**sign (1)**
  37:3
**simple (2)**
  33:24;49:16
**simply (1)**
  62:21
**simultaneously (1)**
  13:11
**sincere (1)**
  26:6
**SINSHEIMER (33)**
  4:10;5:2,17;10:6,10;12:3;
  14:13,19,22;19:4,8,12,15,18;
  25:20;26:3;29:23;30:19;
  36:12,18,24;37:5;42:1,3;

49:7;65:10,12;67:9,18;
  73:11;75:23;76:5;79:24
**sit (10)**
  6:24;7:5;21:14;33:4,13;
  52:14,20;54:17;56:15;63:13
**site (2)**
  45:4;61:13
**sitting (2)**
  39:6;63:20
**situation (2)**
  53:3;63:5
**six (3)**
  7:15;46:14;51:13
**slut (1)**
  31:21
**sluts (1)**
  35:18
**smashed (1)**
  40:22
**smoothly (1)**
  15:15
**Social (1)**
  4:21
**somebody (11)**
  44:13;50:6;58:11,20,23;
  60:21;62:6;69:12;70:15;
  78:24;79:11
**someone (4)**
  16:9;22:20;36:9;59:12
**Sometimes (2)**
  21:21;46:24
**sorry (5)**
  14:16;19:1;30:18;32:12;
  38:8
**sort (5)**
  12:16,21;30:7;46:19;66:7
**sound (1)**
  59:6
**space (2)**
  69:23;71:9
**speak (3)**
  60:1;68:3,15
**speaking (2)**
  6:2;10:21
**spell (1)**
  4:13
**spending (1)**
  39:2;73:7
**spills (1)**
  18:11
**spoke (3)**
  68:10;70:23;72:8
**spray (1)**
  43:8
**staff (4)**
  23:12;31:9;59:15,24
**stage (9)**
  23:2;31:15,17,17,18,20;
  32:5;35:1,10
**stages (1)**
  31:16
**stand (2)**
  6:19;70:2

**standing (7)**
  31:15;34:21;37:22;40:9,
  11;71:9;72:5
**stands (2)**
  12:16;61:2
**start (1)**
  37:17
**started (3)**
  47:23;49:17;70:24
**starting (2)**
  7:22;8:7
**State (3)**
  4:11;8:3;41:14
**statement (5)**
  13:20;43:21;44:3;67:19,
  23
**statements (1)**
  82:21
**States (1)**
  9:11
**station (2)**
  43:21;58:23
**stay (1)**
  28:7
**Stephen (1)**
  67:14
**still (9)**
  41:8,18;48:4;51:16,24;
  52:6;63:21;66:5;74:20
**stilling (1)**
  40:18
**stipulations (1)**
  36:14
**stocking (1)**
  18:8
**stop (1)**
  38:13
**story (1)**
  37:10
**straight (1)**
  69:6
**strike (7)**
  7:4;29:5;36:19;52:6;
  73:12,13;77:10
**struck (3)**
  36:10;75:5;77:15
**stuff (4)**
  18:12;26:17;37:6;53:4
**subjects (1)**
  13:24
**subpoenaed (1)**
  64:16
**subscribe (1)**
  82:19
**sucks (2)**
  39:21;73:22
**summary (1)**
  7:21
**superior (1)**
  14:3
**supposed (1)**
  37:6
**supposedly (1)**

42:17
**sure (17)**
  13:20;14:13;15:14,16;
  17:2;18:18;20:4;21:10,18;
  23:1;25:18;50:18;52:18,19;
  53:13;57:11;59:10
**swear (1)**
  26:5
**swearing (1)**
  49:17
**sworn (1)**
  4:6
**system (1)**
  30:8

---

**T**

**tables (1)**
  59:24
**talk (3)**
  9:14;39:10,14
**talked (3)**
  60:19;61:18;64:3
**talking (3)**
  32:6;64:8;65:7
**Tamara (1)**
  28:13
**Tamarack (1)**
  5:20
**T-A-M-A-R-A-C-K (1)**
  5:20
**Tammy (2)**
  28:9,19
**Tammy's (1)**
  28:12
**taped (1)**
  54:23
**targeted (1)**
  55:23
**taught (1)**
  48:17
**technically (1)**
  8:11
**Techniques (1)**
  61:2
**telling (3)**
  39:23;40:3,22;74:18
**tend (1)**
  28:6
**term (1)**
  68:4
**terminated (1)**
  9:6
**terminology (1)**
  12:17
**terms (4)**
  12:21;15:12;68:3,13
**testified (3)**
  4:7;63:9;66:15
**testify (6)**
  10:17;11:15,24;13:14,21;
  64:19
**testifying (4)**

10:20;13:10;24:10;78:14
**testimony (14)**
6:4;44:10;46:4;49:12;
56:24;57:12;58:11;62:21;
63:10;68:14;76:20;77:3,14;
78:18
**thereafter (1)**
69:14
**thinking (1)**
7:3
**third (1)**
11:6
**this_day (1)**
82:22
**though (2)**
11:10;16:23
**thought (2)**
38:17;72:16
**three (12)**
6:16,18;17:21;18:24;19:1;
26:14;29:3;40:16;41:14;
45:22;47:23;68:11
**three- (1)**
47:14
**threes (1)**
68:5
**throughout (1)**
5:8
**throw (5)**
34:22;51:6;68:16;69:10,
12
**throwing (3)**
31:22;68:21;76:8
**Thursday (1)**
47:9
**timely (1)**
56:5
**times (13)**
7:10,12,14,22;45:11;
47:16;54:23;64:8;68:2,5;
73:17;74:17;79:12
**TIPS (5)**
60:23;61:2,8,9,16
**today (6)**
6:24;7:5;33:4;45:5;52:8;
55:8
**today's (1)**
6:4
**together (1)**
32:22
**told (16)**
11:12;34:10;35:4,22;38:6,
12,24;39:5;41:23;43:2,3;
50:13;65:1,5;70:19;71:23
**tonight (1)**
44:14
**took (5)**
21:20;34:5;43:13;60:10;
68:22
**top (4)**
16:17;40:12;41:18;74:24
**topic (1)**
1:15

**topics (2)**
11:3,7
**totally (1)**
6:22
**totem (1)**
18:13
**touch (3)**
50:12,14;51:1
**tough (5)**
38:22,22;40:19;72:20,21
**towards (4)**
40:14,15;41:20;74:22
**track (1)**
30:3
**Trade (1)**
21:24
**traded (1)**
54:6
**training (4)**
48:19;61:10,11,15
**transcript (3)**
37:4;82:17,20
**treated (1)**
26:7
**trial (1)**
64:10
**tried (1)**
39:14
**trouble (2)**
25:21;41:6
**troubling (1)**
13:19
**true (1)**
79:15
**try (3)**
27:12;39:10;76:18
**trying (7)**
17:14;26:4;31:1;33:23;
36:14;37:7;41:1
**tunc (1)**
36:16
**turn (2)**
11:5;26:16
**turned (3)**
34:14;41:17;58:12
**turnover (1)**
52:13
**twice (1)**
17:16
**two (12)**
16:17;17:23;31:16;37:11;
62:3,6;64:7;68:5,10;70:6,24;
72:6
**type (1)**
50:24

**U**

**uncommon (2)**
32:14,16
**under (2)**
17:1;37:3
**understood (3)**

30:23;33:16;49:12
**unfamiliar (1)**
12:18
**unit (1)**
14:15
**United (1)**
9:11
**universe (1)**
27:21
**Uno (2)**
8:22;9:3
**unquote (1)**
62:14
**up (25)**
14:21;15:16;17:3;23:2;
35:6;36:4;39:2,12,14;41:13,
15,19,22;46:19,22,23;47:11;
48:9;55:6;56:12;58:17,23;
63:9;65:2;75:5
**upon (1)**
68:23
**upset (4)**
39:16;74:15;79:9,12
**use (1)**
45:13
**used (2)**
43:9;46:3
**usually (4)**
15:5;29:16;36:8;50:7

**V**

**verbally (1)**
35:2
**vernacular (1)**
62:15
**vestibule (5)**
70:1;71:3;72:4;73:1,16
**video (4)**
54:19;55:1;56:22;58:21
**videotape (1)**
59:2
**view (1)**
42:9
**Visible (2)**
55:10,16
**voice (1)**
79:18

**W**

**wait (2)**
59:14,24
**waitress (4)**
20:4,5;62:9,9
**Walgreens (8)**
40:15,15;41:20;55:3;
57:13,21;74:22;78:6
**walk (5)**
38:11;40:14;69:22,23;
70:24
**walked (13)**
36:6;37:14;39:5,13;40:3,

16;70:5,8,9,17;71:2;78:5,20
**walking (3)**
40:10;43:12;74:22
**wants (1)**
59:12
**warn (1)**
69:2
**warned (1)**
73:5
**warning (1)**
68:4
**watch (1)**
58:19
**watching (5)**
41:18;70:9,23;74:24;75:1
**way (19)**
6:20;23:15;26:7;32:22,24;
33:5,9;37:17;40:16;46:15;
49:16;50:2;53:24;56:16;
62:22;63:15,17;66:15;67:24
**Web (2)**
45:4;61:13
**week (2)**
29:18,18
**weekend (2)**
30:13,18
**weeknight (1)**
30:13
**weeks (4)**
6:17,18;47:23;48:2
**weight (2)**
51:12,20
**weird (1)**
36:7
**weren't (1)**
65:2
**Westfield (1)**
8:3
**what's (6)**
20:1,1,2,2;35:20;65:13
**whatsoever (2)**
54:12;75:12
**When's (2)**
24:19;61:9
**Where's (1)**
66:2
**Whereupon (1)**
80:3
**whichever (1)**
62:9
**white (1)**
65:23
**whole (3)**
35:14;77:24;78:7
**whore (2)**
31:22;35:18
**window (1)**
42:6
**withdraw (3)**
32:13;49:10;76:17
**within (3)**
41:8;78:2,11
**without (2)**

7:5,14
**witness (12)**
  4:5;10:3,21;11:2;12:1;
  13:19;14:2,9;26:1;30:17;
  38:10;64:16
**witnessed (1)**
  35:2
**word (2)**
  20:5;44:24
**words (12)**
  16:23;17:8;27:24;31:1,5,
  21;48:3;54:15;55:12;56:20;
  63:8;66:18
**work (6)**
  15:3,17;29:6,7,9,13
**worked (6)**
  8:21,22;20:13;49:2;75:8,
  15
**working (7)**
  16:10;20:12;22:15;29:5;
  50:15;55:22;78:3
**works (1)**
  21:4
**wound (1)**
  75:5
**wrestled (1)**
  40:24
**write (3)**
  43:14,24;44:3
**written (4)**
  47:2;58:16;60:20,22

## X

**XXX-XX-7014 (1)**
  4:22

## Y

**year (1)**
  24:1
**years (9)**
  8:3,17;26:14;28:9,15;
  45:22;46:14;58:22;60:7
**yell (1)**
  41:5
**yelling (7)**
  31:21;34:23;37:23;39:20;
  73:22;77:1,23

## Z

**zero (1)**
  77:13

## 1

**1 (3)**
  10:7,8;30:13
**10 (14)**
  7:10,15;14:4,15,16;28:15;
  52:8;60:14;74:5;76:16,19,
  23;77:19;78:10

**10- (1)**
  77:4
**10th (6)**
  16:9,11;20:10;23:18;
  30:21;52:3
**11:26 (1)**
  80:4
**11:30 (1)**
  20:21
**13 (1)**
  8:17
**15 (6)**
  74:5;76:16,19,23;77:19;
  78:10
**15-minute (1)**
  77:5
**16 (2)**
  11:20;12:15
**170 (1)**
  51:21
**175 (1)**
  51:23
**180 (1)**
  51:23
**1965 (1)**
  4:18
**1st (1)**
  48:1

## 2

**2 (9)**
  19:5,6;25:11;27:20;30:12,
  16,17;52:3;65:14
**20 (1)**
  54:21
**200 (2)**
  51:13,15
**2008 (2)**
  52:9;60:14
**2012 (2)**
  82:3,22
**208 (1)**
  5:20
**21 (1)**
  82:3
**26 (1)**
  11:21

## 3

**3 (6)**
  19:9,10,20;20:1;25:11;
  27:21
**30 (4)**
  15:24;22:15;54:21;59:9
**30b6 (3)**
  10:3,16;11:1
**35 (1)**
  22:16

## 4

**4 (7)**
  4:18;19:12,13,20;20:1;
  25:11;27:21
**47 (2)**
  4:19,20

## 5

**5 (5)**
  19:15,16,21;20:1;25:13
**5-10 (2)**
  51:15,23
**5-6 (1)**
  51:21

## 6

**6 (6)**
  20:21,22;30:12,13,15,17
**6:30 (3)**
  16:18;18:1;20:22
**6:45 (1)**
  15:5

## 7

**79 (1)**
  7:24

## 8

**80 (1)**
  8:22
**81 (1)**
  82:5
**83 (2)**
  7:24;8:4
**87 (2)**
  8:4,4

## 9

**92 (1)**
  8:22
**93 (1)**
  8:23
**95 (2)**
  8:23;9:1
**99 (4)**
  8:19;9:1;46:2;48:1